HARTMAN & CRAVEN LLP
Peter G. Goodman (PG 4210)
488 Madison Avenue, 16th Floor
New York, New York 10022
(212) 753-7500
pgoodman@hartmancraven.com

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

DEER STAGS, INC.,

               Plaintiff,

    -against-

CASUAL MALE RETAIL GROUP, INC.,
CMRG APPAREL, LLC, f/k/a DESIGNS
APPAREL, INC.,
DESIGNS APPAREL, INC.,
CASUAL MALE RBT, LLC,
CASUAL MALE RBT (U.K.), LLC
CASUAL MALE CANADA INC.,
CASUAL MALE STORE, LLC,
CASUAL MALE RETAIL STORE, LLC and
CASUAL MALE DIRECT, LLC,

               Defendants.
-------------------------------------------------------------X

'08 CIV 3786

**COMPLAINT**

    Plaintiff, Deer Stags, Inc., by its attorneys, Hartman & Craven LLP, as and for its Complaint in this action, alleges the following:

**Preliminary Statement**

    1.    This is an action for damages arising from (a) the wrongful refusal to pay for footwear delivered by plaintiff pursuant to a contract for the sale of goods, (b) the wrongful repudiation of a contract for the sale of footwear prior to the time performance was due and (c) the wrongful rejection of and/or refusal to accept conforming footwear tendered by plaintiff.

Plaintiff asserts claims for breach of contract, account stated, goods sold and delivered and unjust enrichment.

2.    Plaintiff's claims are based upon its contract with defendant, Designs Apparel, Inc. (which, upon information and belief, is now known as CMRG Apparel, LLC), and are also based upon its status as third party beneficiary of a Cross Corporate Guaranty signed by various defendants as guarantors.

## Parties-Jurisdiction-Venue

### A.    *Deer Stags, Inc.*

3.    Plaintiff, Deer Stags, Inc. ("**Deer Stags**"), is a corporation organized and existing under the laws of the State of New York, with its principal place of business at 1414 Avenue of the Americas, New York, New York.

4.    At all times relevant hereto, Deer Stags was, and continues to be, in the business of sourcing, selling and distributing footwear.

### B.    *The Defendants.*

5.    Upon information and belief, defendant, Casual Male Retail Group, Inc. ("**Casual Male**"), is a corporation organized and existing under the laws of the State of Delaware, which maintains its principal place of business at 555 Turnpike Street, Canton, Massachusetts.

6.    Upon information and belief, defendant, CMRG Apparel, LLC (which was formerly known as Designs Apparel, Inc.) ("**CMRG**"), is a limited liability company organized and existing under the laws of the State of Delaware, which maintains its principal place of business at 555 Turnpike Street, Canton, Massachusetts.

7.    Upon information and belief, defendant, Designs Apparel, Inc. ("**Apparel**"), is a corporation organized and existing under the laws of a state other than New York State, which maintains its principal place of business at 555 Turnpike Street, Canton, Massachusetts.

8.    Upon information and belief, Defendant, Casual Male RBT, LLC ("**RBT**"), is a limited liability company organized and existing under the laws of the State of Delaware, which maintains its principal place of business at 555 Turnpike Street, Canton, Massachusetts.

9.    Upon information and belief, Defendant, Casual Male RBT (U.K.), LLC ("**UK**"), is a limited liability company organized and existing under the laws of the State of Delaware, which maintains its principal place of business at 555 Turnpike Street, Canton, Massachusetts.

10.    Upon information and belief, Defendant, Casual Male CANADA INC. ("**Canada**"), is a corporation organized and existing under the laws of the Ontario, Canada, which maintains its principal place of business at 555 Turnpike Street, Canton, Massachusetts.

11.    Upon information and belief, Defendant, Casual Male Store, LLC ("**Store**"), is a limited liability company organized and existing under the laws of the State of Delaware, which maintains its principal place of business at 555 Turnpike Street, Canton, Massachusetts.

12.    Upon information and belief, Defendant, Casual Male Retail Store, LLC ("**CMRS**"), is a limited liability company organized and existing under the laws of the State of Delaware, which maintains its principal place of business at 555 Turnpike Street, Canton, Massachusetts.

13.    Upon information and belief, Defendant, Casual Male Direct, LLC ("**Direct**"), is a limited liability company organized and existing under the laws of the State of Delaware, which maintains its principal place of business at 555 Turnpike Street, Canton, Massachusetts.

14.     Upon information and belief, at all times relevant hereto, Casual Male, CMRG, Apparel, RBT, UK, Canada, Store, CMRS and Direct were, and continue to be, engaged in the business of retail apparel sales, including footwear.

15.     Upon information and belief, at all times relevant hereto, CMRG, Apparel, RBT, UK, Canada, Store, CMRS and Direct, were, and continue to be, subsidiaries of Casual Male.

**C.    *The Cross Corporate Guaranty.***

16.     At all times relevant hereto, Wells Fargo Century ("**Wells Fargo**") was Deer Stags' factor.

17.     Casual Male, Apparel, RBT, UK, Canada, Store, CMRS and Direct (collectively the "**Guarantors**"), were parties to a Cross Corporate Guaranty with Wells Fargo Century, dated December 9, 2005 (the "**Guaranty**"). A copy of the Guaranty is annexed hereto as Exhibit "A."

18.     At all times relevant hereto, the Guaranty was a valid and binding contract between Wells Fargo and the Guarantors.

19.     Pursuant to the Guaranty, the Guarantors agreed to jointly and severally unconditionally guarantee payment and performance of all indebtedness, obligations and liabilities of each of the other guarantors "whether on orders, commitments, deliveries or otherwise."

20.     The Guaranty provided that it "shall inure to the benefit of ... any concern which [Wells Fargo] may now or hereafter factor or finance."

21.     The Guaranty was intended to benefit Deer Stags.

22.     The benefit to Deer Stags under the Guaranty is immediate, and the Guarantors assumed the duty to compensate Deer Stags for unpaid invoices and other obligations and liabilities factored under the Guaranty.

23.     The obligations and invoices at issue herein were factored with Wells Fargo by Deer Stags and are under the Guaranty.

24.     Deer Stags was an intended third party beneficiary under the Guaranty.

## C.    *Jurisdiction and Venue*

25.     The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

26.     This Court has jurisdiction over this action, founded upon diversity of citizenship, pursuant to 28 U.S.C. §1332(a)(1).

27.     Venue is properly laid in this district pursuant to 28 U.S.C. §1391(a)(2), inasmuch as a substantial part of the events or omissions giving rise to the claim occurred in this district.

### AS AND FOR A FIRST CLAIM FOR RELIEF
### Deer Stags v. CMRG and Apparel
### *(Breach of Contract)*

28.     Deer Stags repeats and realleges each and every allegation contained in paragraphs "1" through "27" hereof with the same force and effect as if set forth at length herein.

29.     At various times during the period from August 28, 2006, to March 13, 2007, CMRG and Apparel ("**Purchasers**") placed orders with Deer Stags ("**First Orders**") pursuant to which the Purchasers offered to purchase and pay for certain specially manufactured footwear ("**Goods**") at agreed upon prices.

30.     Deer Stags thereafter accepted the offers contained in each of the First Orders.

31.     Deer Stags fulfilled its obligations under the First Orders and delivered the Goods to the Purchasers.

32.     The Purchasers accepted the Goods.

33.    Deer Stags rendered Invoices for the Goods, and a copy of each Invoice is annexed hereto as Exhibit "B" ("**Invoices**").

34.    Despite due demand therefor, the Purchasers have failed and refused to pay any portion of the Invoices.

35.    Deer Stags has fully performed all terms of the contracts that it has a duty to perform.

36.    As a direct and proximate result of the Purchasers' wrongful conduct and breach, Deer Stags has been damaged in the amount of at least $314,276.00, plus costs, expenses, attorneys' fees and interest.

37.    Deer Stags is entitled to judgment against the Purchasers for Deer Stags' damages caused by the Purchasers' wrongful conduct and breach, as set forth above.

### AS AND FOR A SECOND CLAIM FOR RELIEF
**Deer Stags v. CMRG and Apparel**
*(Goods Sold and Delivered)*

38.    Deer Stags repeats and realleges each and every allegation contained in paragraphs "1" through "37" hereof with the same force and effect as if set forth at length herein.

39.    Between August 28, 2006, and April 26, 2007, Deer Stags sold and delivered goods worth at least $314,276.00 to Purchasers or pursuant to their instructions.

40.    The Purchasers owe Deer Stags the sum of at least $314,276.00, for goods sold and delivered by Deer Stags to the Purchasers between August 28, 2006, and April 26, 2007, plus costs, expenses, attorneys' fees and interest.

## AS AND FOR A THIRD CLAIM FOR RELIEF
### Deer Stags v. CMRG and Apparel
### (*Account Stated*)

41.    Deer Stags repeats and realleges each and every allegation contained in paragraphs "1" through "40" hereof with the same force and effect as if set forth at length herein.

42.    The Purchasers failed to state any objection to the invoices annexed hereto as Exhibit "C" ("**Uncontested Invoices**").

43.    The Uncontested Invoices represent an account taken and stated between Deer Stags, on the one hand, and the Purchasers, on the other, which shows a balance of $256,171.00 due and owing to Deer Stags, plus costs, expenses, attorneys' fees and interest.

## AS AND FOR A FOURTH CLAIM FOR RELIEF
### Deer Stags v. CMRG and Apparel
### (*Unjust Enrichment*)

44.    Deer Stags repeats and realleges each and every allegation contained in paragraphs "1" through "43" hereof with the same force and effect as if set forth at length herein.

45.    Deer Stags delivered the Goods to the Purchasers upon the Purchasers' request.

46.    Deer Stags delivered the Goods to the Purchasers in good faith and with the expectation that Deer Stags would be paid by the Purchasers for the Goods.

47.    The Purchasers accepted the Goods delivered by Deer Stags.

48.    By accepting the Goods, the Purchasers have received a significant economic benefit at Deer Stags' expense.

49.    The Purchasers have wrongfully retained the proceeds and benefits derived from the delivery of the Goods as set forth above, and by failing to pay Deer Stags in full for the

Goods, the Purchasers have been unjustly enriched by the value of the Goods for which payment has not been made.

50.    By reason of the foregoing, Deer Stags has been damaged in an amount at least equal to the unpaid value of the Goods.

51.    By reason of the foregoing, and in equity and good conscience, the Purchasers should be required to compensate Deer Stags for the unpaid value of the Goods, plus interest as provided by law.

### AS AND FOR A FIFTH CLAIM FOR RELIEF
### Deer Stags v. CMRG and Apparel
### *(Breach of Contract)*

52.    Deer Stags repeats and realleges each and every allegation contained in paragraphs "1" through "51" hereof with the same force and effect as if set forth at length herein.

53.    At various times during the period from August 28, 2006, to March 15, 2007, the Purchasers placed orders with Deer Stags ("**Second Orders**") pursuant to which the Purchasers offered to purchase and pay for certain specially manufactured footwear ("**Ordered Goods**") at agreed upon prices.

54.    Deer Stags thereafter accepted the offer contained in each of the Second Orders and agreed to supply the Ordered Goods.

55.    Deer Stags fulfilled its obligations under the parties' contracts by arranging for the supply of the Ordered Goods.

56.    Deer Stags tendered some of the Ordered Goods for delivery to the Purchasers.

57.    The Purchasers wrongfully rejected and/or refused to accept delivery of some of the Ordered Goods.

58.     The Purchasers wrongfully repudiated the parties' contracts prior to the time further performance by Deer Stags was due.

59.     Deer Stags has fully performed all terms of the contracts that it has a duty to perform.

60.     Despite due demand therefor, the Purchasers have failed and refused to pay Deer Stags for any portion of the Ordered Goods.

61.     The Ordered Goods are unique (very large sizes) and have limited resale value except to the Purchasers.

62.     As a direct and proximate result of the Purchasers' wrongful conduct and breach, Deer Stags has been damaged in the amount of at least $393,873.38, plus incidental damages, costs, expenses, attorneys' fees and interest.

63.     Deer Stags is entitled to judgment against the Purchasers for Deer Stags' damages caused by the Purchasers' wrongful conduct and breach in the amount of at least $393,873.38, plus incidental damages, costs, expenses, attorneys' fees and interest.

## AS AND FOR A SIXTH CLAIM FOR RELIEF
### Deer Stags v. The Guarantors
### (Third Party Beneficiary Claim for Breach of Contract)

64.     Deer Stags repeats and realleges each and every allegation contained in paragraphs "1" through "63" hereof with the same force and effect as if set forth at length herein.

65.     As a third party beneficiary of the Guaranty, Deer Stags is entitled to judgment against each of the Guarantors, jointly and severally, for Deer Stags' damages caused by the Purchasers' wrongful conduct and breach, as set forth above.

66.     The Guarantors have breached the Guaranty by their failure to pay Deer Stags its damages caused by the Purchasers' wrongful conduct and breach, as set forth above.

67.    As a direct and proximate result of the Guarantors' breach of the Guaranty, Deer Stags has been damaged in the amount of at least $708,149.38.

68.    Deer Stags is entitled to judgment against the Guarantors for Deer Stags' damages caused by the Guarantors' wrongful conduct and breach in the amount of at least $708,149.38, plus incidental damages, costs, expenses, attorneys' fees and interest.

**AS AND FOR A SEVENTH CLAIM FOR RELIEF**
**Deer Stags v. The Guarantors**
***(Attorneys' Fees and Interest Pursuant to the Guaranty)***

69.    Deer Stags repeats and realleges each and every allegation contained in paragraphs "1" through "68" hereof with the same force and effect as if set forth at length herein.

70.    Under the Guaranty, the Guarantors agreed "to pay ... on demand the amount of all expenses (including attorneys' fees) reasonably incurred ... in collecting or attempting to collect any of the [Guarantors'] obligations."

71.    Under the Guaranty, the Guarantors agreed to pay "interest at the highest lawful rate on all amounts payable" under the Guaranty.

72.    As a third party beneficiary of the Guaranty, Deer Stags is entitled to payment of all of its expenses, including attorneys' fees, incurred in collecting or attempting to collect any of the obligations which are the subject of this action.

73.    As a third party beneficiary of the Guaranty, Deer Stags is entitled to payment of interest at the highest lawful rate on all amounts claimed in this action.

**WHEREFORE**, plaintiff, Deer Stags, Inc., demands judgment as follows:

a.      On the First Claim for Relief, against defendants, CMRG Apparel, LLC f/k/a Designs Apparel, Inc. and Designs Apparel, Inc., for damages in the amount of at least $314,276.00, plus interest and attorneys' fees;

b.      On the Second Claim for Relief, against defendants, CMRG Apparel, LLC f/k/a Designs Apparel, Inc. and Designs Apparel, Inc., for damages in the amount of at least $314,276.00, plus interest and attorneys' fees;

c.      On the Third Claim for Relief, against defendants, CMRG Apparel, LLC f/k/a Designs Apparel, Inc. and Designs Apparel, Inc., for damages in the amount of at least $256,171.00, plus interest and attorneys' fees;

d.      On the Fourth Claim for Relief, against defendants, CMRG Apparel, LLC f/k/a Designs Apparel, Inc. and Designs Apparel, Inc., for the reasonable value of the Goods delivered by Deer Stags, plus interest as provided by law;

e.      On the Fifth Claim for Relief, against defendants, CMRG Apparel, LLC f/k/a Designs Apparel, Inc. and Designs Apparel, Inc., for damages in the amount of at least $393,873.38, plus incidental damages, interest and attorneys' fees;

f.      On the Sixth Claim for Relief, against defendants, Casual Male Retail Group, Inc., Designs Apparel, Inc., Casual Male RBT, LLC, Casual Male RBT (U.K.), LLC, Casual Male Canada Inc., Casual Male Store, LLC, Casual Male Retail Store, LLC and Casual Male Direct, LLC, for damages in the amount of at least $708,149.38, plus incidental damages, interest and attorneys' fees;

g.  On the Seventh Claim for Relief, against defendants, Casual Male Retail Group, Inc., Designs Apparel, Inc., Casual Male RBT, LLC, Casual Male RBT (U.K.), LLC, Casual Male Canada Inc., Casual Male Store, LLC, Casual Male Retail Store, LLC and Casual Male Direct, LLC, for all of Deer Stags' expenses, including attorneys' fees, incurred in collecting or attempting to collect any of the obligations which are the subject of this action, plus interest at the highest lawful rate on all amounts claimed in this action, all in an amount to be determined at the time of trial;

h.  For the costs, disbursements and interest as provided by law; and

i.  For such other and further relief as is just and proper.

Dated: New York, New York
       April 21, 2008

                                 HARTMAN & CRAVEN LLP

                                 By: _____
                                     Peter G. Goodman (PG-4210)
                                 488 Madison Avenue
                                 New York, New York 10022
                                 (212) 753-7500
                                 pgoodman@hartmancraven.com

                                 Attorneys for Plaintiff
                                 Deer Stags, Inc.

Exhibit A

Date: December 9, 2005

To:    **Wells Fargo Century**
       **119 West 40th Street**
       **New York, New York 10018-2500**


## CROSS CORPORATE GUARANTY

Re:    **Designs Apparel, Inc.**
       **Casual Male RBT, LLC**
       **Casual Male RBT (U.K.), LLC**
       **Casual Male CANADA Inc.**
       **Casual Male Store, LLC**
       **Casual Male Retail Store, LLC**
       **Casual Male Direct, LLC**
       **Casual Male Retail Group, Inc.**
       **(herein each a "Customer" and collectively the "Customers")**

Ladies and Gentlemen:

Each of the undersigned Customers hereby unconditionally jointly and severally guarantees and agrees to be liable for the full and indefeasible payment and performance when due of all now existing and future indebtedness, obligations and liabilities of each of the other Customers to you, Wells Fargo Century, howsoever arising, whether direct or indirect, absolute or contingent, secured or unsecured, whether on orders, commitments, deliveries or otherwise, and whether transferred or assigned to you by any concern you may now or hereafter factor or otherwise finance, or by others, or by operation of law or otherwise. Further, each of the undersigned agrees to pay to you on demand the amount of all expenses (including reasonable attorneys' fees) reasonably incurred by you in collecting or attempting to collect any of the Customers' obligations to you, whether from the Customers, or from any other obligor, or in realizing upon any collateral, if any, and agrees to pay any interest at the highest lawful rate on all amounts payable to you hereunder, even if such amount cannot be collected from any other Customer. (All of the aforementioned obligations, liabilities, expenses and interest are hereinafter collectively called the "Obligations"). To the extent you receive payment on account of the Obligations guaranteed hereby, which payment is thereafter set aside or required to be repaid by you in whole or in part (whether due to an alleged preference, fraudulent transfer or otherwise), then, to the extent of any sum not finally retained by you (regardless of whether such sum is recovered from you by the Customers, their trustees, or any other party acting for, on behalf of or through the Customers or their

representatives), the undersigned Customers' obligation to you under this Guaranty, as amended, modified or supplemented, shall remain in full force and effect (or be reinstated) until the undersigned Customers have made payment to you therefor, which payment shall be due upon demand.

This Guaranty is executed for valuable consideration, receipt of which is hereby acknowledged. It is further executed as an inducement to you to extend credit from time to time to the Customers by approving shipments, purchasing accounts, accepting assignments of accounts or assuming any credit risk with respect to sales of goods or rendition of services to the Customers by you, or by any concern you may now or hereafter factor or otherwise finance, and is executed in consideration of your doing or having done any of the foregoing. Each of the undersigned Customers agrees that any of the foregoing shall be done or extended by you in your sole discretion, and shall be deemed to have been done or extended by you in consideration of and in reliance upon the execution of this Guaranty, but that nothing herein shall obligate you to do any of the foregoing.

Each of the undersigned Customers hereby waives notice of: the acceptance of this Guaranty; any orders, contracts, commitments, sales and of the amounts and terms thereof; any deliveries to the Customers; all defaults, disputes or controversies with the Customers and the settlement, compromise or adjustment thereof; the extension of credit, the purchase of accounts or acceptance of assignments by you; the assumption of any credit risk; and the presentment, demand, protest, notice of non-payment and all other notices to which the Customers may be otherwise entitled. Notice of your reliance on this Guaranty is also hereby waived. Each of the undersigned Customers also consents to and waives notices of: changes in terms or extensions of time of payment; the taking and releasing of collateral or guarantees (including the release of any of the undersigned); the acceptance of notes, trade acceptances or other instruments; any arrangements or settlements made in or out of court in the event of any proceeding by or against the Customers; and the settlement, compromise or release of any Obligations, and agrees that, as to each of the undersigned Customers, the amount of the Obligations shall not be diminished by any of the foregoing. Each of the undersigned Customers also agrees that you need not attempt to collect any Obligations from the other Customers or other obligors or to realize upon any collateral (or perfect liens on or security interests in any collateral), but may require any of the undersigned Customers to make immediate payment of Obligations to you when due or at any time thereafter. You shall not be liable for failure to collect Obligations or to realize upon any collateral or security therefor, or any part thereof, or for any delay in so doing, nor shall you be under any obligation to take any action whatsoever with regard thereto.

This Guaranty is absolute, unconditional and continuing, regardless of the validity, regularity or enforceability of any of the Obligations. Payment by the undersigned Customers shall be made to you at your office from time to time on demand as Obligations become due, and one or more successive or concurrent actions may be brought hereon against the undersigned Customers (or any one or more of them) either in the same action in which the other Customers are sued or in separate actions. In the event any claim or action, or action on any judgment, based on this Guaranty, is made or brought against any of the undersigned Customers, each such Customer agrees not to assert against you any set-off or counterclaim which the other Customers may have, and further each of the undersigned Customers agrees not to deduct, set-off, or seek to counterclaim for or recoup, any amounts which are or may be owed by you to any of the undersigned Customers, or for any loss of contribution from any other guarantor. Each of the undersigned Customers hereby consents to the in personam jurisdiction of the courts of the State of **New York**. In the event that you bring any action or suit in any court of record of the State of **New York** or the Federal Government to enforce any or all liabilities of the

undersigned Customers hereunder, service of process may be made on the undersigned Customers by mailing a copy of the summons to them at the address below set forth.

All sums at any time to the credit of the undersigned Customers and any property of the undersigned Customers on which you at any time have been granted a lien or security interest, shall secure payment and performance of all Obligations and any and all other obligations of the undersigned Customers to you however arising. Each of the undersigned Customers shall have no rights to subrogation, indemnification or recourse to any Obligations or collateral or guarantees therefor, or to any assets of the other Customers.

In the event of any breach of, default under or termination of any of the arrangements between you and the Customers, or in the event that any of the undersigned Customers shall fail to observe or perform any agreement, warranties, or covenants contained herein, or should any of the undersigned Customers dissolve or cease its business, call a meeting of its creditors, generally not pay its debts as they become due, have commenced by or against it any bankruptcy, insolvency, arrangement, reorganization, receivership or similar proceeding under any federal or state law, then the liability of all of the undersigned Customers for the entire Obligations shall mature.

This Guaranty may be terminated as to any one of the undersigned Customers only upon actual receipt by one of your officers of written notice of termination sent by registered or certified mail; provided however, that any of the undersigned Customers so terminating this Guaranty shall remain bound hereunder, and this Guaranty shall continue in full force and effect, with respect to any and all Obligations created or arising prior to the effective date of such termination and with respect to any and all extensions, renewals or modifications of said pre-existing Obligations. Termination as to any one of the undersigned Customers shall not affect the obligations of any of the other undersigned Customers, nor relieve the one giving such notice from liability for any post termination collection expenses or interest. This is a continuing agreement and written notice as above provided shall be the only means of termination, notwithstanding the fact that for certain periods of time there may be no Obligations owing to you by any of the Customers.

Your books and records showing the account between you (and/or any concern for whom you act as factor) and the Customers shall be admissible in evidence in any action or proceeding as prima facie proof of the items therein set forth. Any statements rendered by you to the Customers shall be binding upon each the undersigned Customers (whether or not each of the undersigned Customers received copies thereof), and shall constitute an account stated between you and each of the Customers', unless you have received a written statement of their exceptions within thirty (30) days after the statement was mailed to the Customers.

This Guaranty embodies the whole agreement of the parties and may not be modified except in writing, and no course of dealing between you and any of the undersigned Customers shall be effective to change or modify this Guaranty. Your failure to exercise any right hereunder shall not be construed as a waiver of the right to exercise the same or any other right at any other time and from time to time thereafter, and such rights shall be considered as cumulative rather than alternative. No knowledge of any breach or other non-observance by any of the undersigned Customers of the terms and provisions of this Guaranty shall constitute a waiver thereof or a waiver of any obligations to be performed by the undersigned Customers hereunder.

This instrument is executed and given in addition to, and not in substitution, reduction, replacement or satisfaction of any other endorsements or guarantees of the Obligations, now existing or hereafter executed, by any or all of the undersigned Customers, or others in your favor.

When used in this agreement all pronouns shall, wherever applicable, be deemed to include the plural as well as the masculine and feminine gender. This agreement shall inure to the benefit of you, your successors and assigns and any parent, subsidiary or affiliate of yours, as well as to any concern which you may now or hereafter factor or finance; shall be binding jointly and severally upon the undersigned and upon the respective successors and assigns of each of the undersigned Customers; and shall pertain to each of the Customers and their respective successors and assigns. This Guaranty may be executed in any number of counterparts, each of which when so executed shall be deemed an original and such counterparts shall together constitute but one and the same document.

**IN ANY LITIGATION BASED ON THE GUARANTY IN WHICH YOU AND ANY OF THE UNDERSIGNED CUSTOMERS SHALL BE ADVERSE PARTIES, EACH OF THE UNDERSIGNED CUSTOMERS HEREBY WAIVES TRIAL BY JURY AND WAIVES THE RIGHT TO INTERPOSE ANY DEFENSE BASED UPON ANY STATUTE OF LIMITATIONS OR ANY CLAIM OF LACHES AND WAIVES THE PERFORMANCE OF EACH AND EVERY CONDITION PRECEDENT TO WHICH ANY OF THE UNDERSIGNED CUSTOMERS MIGHT OTHERWISE BE ENTITLED BY LAW.**

This Guaranty shall be governed by and construed in accordance with the laws of the State of **New York**.

IN WITNESS WHEREOF the undersigned have executed and delivered this Guaranty effective as of the date above set forth.

**Designs Apparel, Inc.**

By _____
        Dennis R. Hernreich
Title:    EVP, COO, CFO

Address:        555 Turnpike Street
                Canton, MA 02021


**Casual Male RBT, LLC**

By _____
        Dennis R. Hernreich
Title:    EVP, COO, CFO

Address:        555 Turnpike Street
                Canton, MA 02021

**Casual Male RBT (U.K.) LLC**

By _____
　　　　　Dennis R. Hernreich
Title:　EVP, COO, CFO

Address:　555 Turnpike Street
　　　　　Canton, MA 02021

**Casual Male CANADA Inc.**

By _____
　　　　　Dennis R. Hernreich
Title:　EVP, COO, CFO

Address:　555 Turnpike Street
　　　　　Canton, MA 02021

**Casual Male Store, LLC**

By _____
　　　　　Dennis R. Hernreich
Title:　EVP, COO, CFO

Address:　555 Turnpike Street
　　　　　Canton, MA 02021

**Casual Male Retail Store, LLC**

By _____
　　　　　Dennis R. Hernreich
Title:　EVP, COO, CFO

Address:　555 Turnpike Street
　　　　　Canton, MA 02021

Casual Male Direct, LLC

By

Dennis R. Hernreich
Title: EVP, COO, CFO

Address:    555 Turnpike Street
Canton, MA 02021


Casual Male Retail Group, Inc.

By

Dennis R. Hernreich
Title: EVP, COO, CFO

Address:    555 Turnpike Street
Canton, MA 02021


**COMMONWEALTH OF <u>Massachusetts</u>**      **CORPORATE ACKNOWLEDGEMENT**

**COUNTY OF <u>Norfolk</u>**


The undersigned, a Notary Public in and for the above State and County, does hereby certify that on December 9, 2005, before me personally appeared  Dennis R. Hernreich, to me known to be the Secretary of Designs Apparel, Inc., Casual Male RBT, LLC, Casual Male RBT (U.K.) LLC, Casual Male CANADA, Inc., Casual Male Store, LLC, Casual Male Retail Store, LLC, Casual Male Direct, LLC and Casual Male Retail Group, Inc. (collectively the "Corporations"), and who executed the foregoing instruments of Guaranty as the officer indicated of each of the aforesaid Corporations, to whom I first made known the contents thereof, and who being by me duly sworn, did depose and say that same was signed and delivered as a free and voluntary act and deed, for the uses and purposes therein set forth, and that same was signed by due authority of the Board of Directors of the Corporations.

IN WITNESS WHEREOF, I have hereunto set my hand.

*Kathleen E. Lehmann*

KATHLEEN E. LEHMANN
Notary Public
Commonwealth of Massachusetts
My Commission Expires Jan 17, 2008

Exhibit B

# DEER ☆ STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

| | |
|---|---|
| NO.: | 617184 |
| DATE: | 03/20/2007 |
| PAGE: | 1 OF 1 |

Order No: 587219
P.O. No: 238439
Dept: 17
Store No: 9990
Ship Via: A.B.F.
Freight Terms: COLLECT
Terms: NET 30 DAYS

Service Rep: 520    Sales Person: 200
SXR

SOLD TO:        Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:        Account No: CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

**REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286**

| STYLE | CLR | DESCRIPTION | 11W | 12W | 13W | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|
| SUITOR SMTH | BLK | SUITOR | 60 | 84 | 156 | 300 | 26.50 | 7,950.00 |
| | | | 14W | 15W | 16W | | | |
| SUITOR SMTH | BLK | SUITOR | 168 | 156 | 72 | 396 | 26.50 | 10,494.00 |

FO 13244

TOTAL UNITS:    696
TOTAL CARTONS:    58
SUB TOTAL:    18,444.00

SHIPPING & HANDLING:    0.00

TOTAL:    18,444.00

PLEASE REMIT BY: 04/19/2007

# DEER ✦ STAGS ®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | NO.: 617185 |
|---------|-------------|
|         | DATE: 03/20/2007 |
|         | PAGE: 1 OF 1 |

Order No: 597335
P.O. No: 241320
Dept: 17
Store No: 9991
Ship Via: A.B.F.
Freight Terms: COLLECT
Terms: NET 30 DAYS

Service Rep: 520    Sales Person: 200
SXR

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:    Account No: CM9991

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|---|---|---|-------|------------|-----------|
| | | | | | 11W | | | |
| SNDRSN SMTH | BLK SANDERSON | | | | 12 | 12 | 21.25 | 255.00 |
| SANDERSON | BLACK | | | | | | | |
| | | | | 12W | | | | |
| SNDRSN SMTH | BLK SANDERSON | | | | 36 | 36 | 21.25 | 765.00 |
| SANDERSON | BLACK | | | | | | | |
| | | | | 13W | | | | |
| SNDRSN SMTH | BLK SANDERSON | | | | 48 | 48 | 21.25 | 1,020.00 |
| SANDERSON | BLACK | | | | | | | |
| | | | 14W | | | | | |
| SNDRSN SMTH | BLK SANDERSON | 48 | | | | 48 | 21.25 | 1,020.00 |
| SANDERSON | BLACK | | | | | | | |
| | | | 15W | | | | | |
| SNDRSN SMTH | BLK SANDERSON | 36 | | | | 36 | 21.25 | 765.00 |
| SANDERSON | BLACK | | | | | | | |
| | | | 16W | | | | | |
| SNDRSN SMTH | BLK SANDERSON | 24 | | | | 24 | 21.25 | 510.00 |
| SANDERSON | BLACK | | | | | | | |

FO 13304

TOTAL UNITS:    204
TOTAL CARTONS:    17
SUB TOTAL:    4,335.00

SHIPPING & HANDLING:    0.00

TOTAL:    4,335.00

PLEASE REMIT BY: 04/19/2007

# DEER ⭐ STAGS ®

### Deer Stags, Inc.
**1414 Avenue of the Americas**
**New York, NY 10019**
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | |
|---|---|
| **INVOICE** | NO.: `619091 |
| | DATE: 03/23/2007 |
| | PAGE: 1 OF 1 |

Order No: 587213
P.O. No: 238429
Dept: 17
Store No: 9990
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: COLLECT    QXC
Terms: NET 30 DAYS

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:    Account No: CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 11W | 12W | 13W | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|
| PAOLA SMTH | BLK | PAOLA | 60 | 84 | 156 | 300 | 26.50 | 7,950.00 |

| STYLE | CLR | DESCRIPTION | 14W | 15W | 16W | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|
| PAOLA SMTH | BLK | PAOLA | 156 | 156 | 72 | 384 | 26.50 | 10,176.00 |

FO 13238

TOTAL UNITS:    684
TOTAL CARTONS:    57
SUB TOTAL:    18,126.00

SHIPPING & HANDLING:    0.00

TOTAL:    18,126.00

PLEASE REMIT BY: 04/22/2007

# DEER ✦ STAGS ®

**Deer Stags, Inc.**
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | NO.: '632530 |
|---------|--------------|
| | DATE: 04/25/2007 |
| | PAGE: 1 OF 1 |

Order No: 612692
P.O. No: 86517
Dept: B72,73
Store No: 9994
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    QXC
Terms: NET 30 DAYS    Account No: DM9994

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 14W | 14M 11W | 15M 15W | 16M 16W | 11W | 12M 12W | 13M 13W | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|-----|---------|---------|---------|-----|---------|---------|-------|-----------|-----------|
| GUILD SMTH | BLK | GUILD | | | | | | 5 | 4 | 9 | 25.00 | 225.00 |
| GUILD SMTH | BLK | GUILD | | 9 | 17 | 10 | | | | 36 | 25.00 | 900.00 |
| GUILD SMTH | BLK | GUILD | | | | | 19 | 12 | 17 | 48 | 25.00 | 1,200.00 |
| GUILD SMTH | BLK | GUILD | 27 | | 35 | 26 | | | | 88 | 25.00 | 2,200.00 |
| GUILD SMTH | BRN | GUILD | | | | | 6 | | 13 | 19 | 25.00 | 475.00 |
| GUILD SMTH | BRN | GUILD | 17 | | | | | | | 17 | 25.00 | 425.00 |

FO 13385

TOTAL UNITS:    217
TOTAL CARTONS:    19
SUB TOTAL:    5,425.00

SHIPPING & HANDLING:    0.00

TOTAL:    5,425.00

PLEASE REMIT BY: 05/25/2007

# DEER ✦ STAGS®
## Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | NO.: 632581 |
|---|---|
| | DATE: 04/25/2007 |
| | PAGE: 1 OF 2 |

Order No: 612696
P.O. No: 86525
Dept: B72, 73
Store No: 9994
Ship Via: OLD DOMINION     Service Rep: 520     Sales Person: 200
Freight Terms: THIRD PARTY BILLING          QXC
Terms: NET 30 DAYS     Account No: DM9994

**SOLD TO:**     Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | | | | | | | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 12M | 13M | | | | |
| SNDRSN SMTH | BLK | SANDERSON | | | | | 4 | 9 | | 13 | 25.00 | 325.00 |
| | | | 14M | 15M | 16M | | | | | | | |
| SNDRSN SMTH | BLK | SANDERSON | 25 | 38 | 22 | | | | | 85 | 25.00 | 2,125.00 |
| | | | 10W | | | | | | | | | |
| SNDRSN SMTH | BLK | SANDERSON | 8 | | | | | | | 8 | 25.00 | 200.00 |
| | | | | | | 11W | | | | | | |
| SNDRSN SMTH | BLK | SANDERSON | | | | 17 | | | | 17 | 25.00 | 425.00 |
| SANDERSON | BLACK | | | | | | | | | | | |
| | | | | | | | 12W | | | | | |
| SNDRSN SMTH | BLK | SANDERSON | | | | | 27 | | | 27 | 25.00 | 675.00 |
| SANDERSON | BLACK | | | | | | | | | | | |
| | | | | | | | | 13W | | | | |
| SNDRSN SMTH | BLK | SANDERSON | | | | | | 42 | | 42 | 25.00 | 1,050.00 |
| SANDERSON | BLACK | | | | | | | | | | | |
| | | | 14W | | | | | | | | | |
| SNDRSN SMTH | BLK | SANDERSON | 51 | | | | | | | 51 | 25.00 | 1,275.00 |
| SANDERSON | BLACK | | | | | | | | | | | |
| | | | | 15W | | | | | | | | |
| SNDRSN SMTH | BLK | SANDERSON | | 36 | | | | | | 36 | 25.00 | 900.00 |
| SANDERSON | BLACK | | | | | | | | | | | |
| | | | | | 16W | | | | | | | |
| SNDRSN SMTH | BLK | SANDERSON | | | 28 | | | | | 28 | 25.00 | 700.00 |
| SANDERSON | BLACK | | | | | | | | | | | |
| | | | | | | | 12M | 13M | | | | |
| SNDRSN SMTH | BRN | SANDERSON | | | | | 2 | 5 | | 7 | 25.00 | 175.00 |
| | | | 14M | 15M | 16M | | | | | | | |
| SNDRSN SMTH | BRN | SANDERSON | 13 | 20 | 12 | | | | | 45 | 25.00 | 1,125.00 |
| | | | 10W | | 11W | | 12W | 13W | | | | |
| SNDRSN SMTH | BRN | SANDERSON | 4 | | 9 | | 14 | 22 | | 49 | 25.00 | 1,225.00 |

# DEER STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | NO.: 632581 |
| | DATE: 04/25/2007 |
| | PAGE: 2 OF 2 |

Order No: 612696
P.O. No: 86525
Dept: B72,73
Store No: 9994
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    QXC
Terms: NET 30 DAYS

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:    Account No: DM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 14W | 15W | 16W | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|-----|-----|-----|-------|-----------|-----------|
| SNDRSN SMTH | BRN | SANDERSON | 28 | 20 | 15 | 63 | 25.00 | 1,575.00 |

FO 13393

TOTAL UNITS:    471
TOTAL CARTONS:    42
SUB TOTAL:    11,775.00

SHIPPING & HANDLING:    0.00

TOTAL:    11,775.00

PLEASE REMIT BY: 05/25/2007

# DEER ✦ STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| **INVOICE** | ˙NO.: ·602909 |
|---|---|
| | DATE: 02/15/2007 |
| | PAGE: 1 OF 1 |

Order No: 669099
P.O. No: 87408
Dept: B72,73
Store No: 9994
Ship Via: CASUAL MALE'S TRUCKER  Order Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    TXD
Terms: NET 30 DAYS    Account No: CM9994

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:

THINK BIG DIRECT
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 14W | 15W | 16W | 11W | 12W | 13W | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EXPRSS SMTH | BLK | EXPRESS | | | | 22 | 26 | 23 | 71 | 17.00 | 1,207.00 |
| EXPRSS SMTH | BLK | EXPRESS | 37 | 35 | 38 | | | | 110 | 17.00 | 1,870.00 |
| EXPRSS SMTH | DTAN | EXPRESS | | | | 27 | 32 | 28 | 87 | 17.00 | 1,479.00 |
| EXPRSS SMTH | DTAN | EXPRESS | 45 | 43 | 46 | | | | 134 | 17.00 | 2,278.00 |

FO 13424

TOTAL UNITS:    402
TOTAL CARTONS:    34
SUB TOTAL:    6,834.00

SHIPPING & HANDLING:    0.00

TOTAL:    6,834.00

PLEASE REMIT BY: 03/17/2007

# DEER ⬥ STAGS ®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | | | |
|---|---|---|---|
| **INVOICE** | NO.: | 610334 | |
| | DATE: | 03/06/2007 | |
| | PAGE: | 1 OF | 1 |

Order No: 626664
P.O. No: 248506
Dept: 17
Store No: 9991
Ship Via: CASUAL MALE'S TRUCKER    Order Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    SXR
Terms: NET 30 DAYS

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:    Account No: CM9991

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 11W | 12W | 13W | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|
| SANTO SMTH | DTAN | SANTO | 70 | 70 | 140 | 280 | 13.50 | 3,780.00 |
| | | | 14W | 15W | 16W | | | |
| SANTO SMTH | DTAN | SANTO | 140 | 140 | 140 | 420 | 13.50 | 5,670.00 |

FO 13398

TOTAL UNITS:    700
TOTAL CARTONS:    70
SUB TOTAL:    9,450.00

SHIPPING & HANDLING:    0.00

TOTAL:    9,450.00

PLEASE REMIT BY: 04/05/2007

# DEER ❦ STAGS®

**Deer Stags, Inc.**
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | 'NO.: .613811 |
|---------|---------------|
|         | DATE: 03/13/2007 |
|         | PAGE:  1 OF  1 |

Order No: 586871
P.O. No: 237278
Dept: 17
Store No: 9990
Ship Via: CASUAL MALE'S TRUCKER     Sales Rep: 520     Sales Person: 200
Freight Terms: THIRD PARTY BILLING     SXR
Terms: NET 30 DAYS

SOLD TO:          Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:          Account No: CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|---|---|-------|------------|-----------|
| | | | | 11W | | | |
| CABO SMTH CABO | CGNC | CABO COGNAC | | 48 | 48 | 16.00 | 768.00 |
| | | | | 12W | | | |
| CABO SMTH CABO | CGNC | CABO COGNAC | | 84 | 84 | 16.00 | 1,344.00 |
| | | | | 13W | | | |
| CABO SMTH CABO | CGNC | CABO COGNAC | | 144 | 144 | 16.00 | 2,304.00 |
| | | | 14W | | | | |
| CABO SMTH CABO | CGNC | CABO COGNAC | 132 | | 132 | 16.00 | 2,112.00 |
| | | | 15W | | | | |
| CABO SMTH CABO | CGNC | CABO COGNAC | 96 | | 96 | 16.00 | 1,536.00 |
| | | | 16W | | | | |
| CABO SMTH CABO | CGNC | CABO COGNAC | 48 | | 48 | 16.00 | 768.00 |

FO 13215

TOTAL UNITS:    552
TOTAL CARTONS:    46
SUB TOTAL:    8,832.00

SHIPPING & HANDLING:    0.00

TOTAL:    8,832.00

PLEASE REMIT BY: 04/12/2007

# DEER ✦ STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | INVOICE | ·NO.:  ·617121 |
|---|---|---|
| | | DATE: 03/20/2007 |
| | | PAGE:  1 OF  1 |

Order No: 687518
P.O. No: 89469
Dept: B73
Store No: 9994
Ship Via: UPS GROUND DELIVERY  Service Rep: K520   Sales Person: 200
Freight Terms: COLLECT                          SXR
Terms: NET 30 DAYS

SOLD TO:       Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:        Account No: DM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| | | | 12M | | | |
| TIMES SMTH | BRN | TIMES | 8 | 8 | 26.00 | 208.00 |

TOTAL UNITS:     8
TOTAL CARTONS:     1
SUB TOTAL:      208.00

SHIPPING & HANDLING:      0.00

TOTAL:      208.00

PLEASE REMIT BY: 04/19/2007

# DEER ⟐ STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | |
|---|---|
| **INVOICE** | NO.: '617182 |
| | DATE: 03/20/2007 |
| | PAGE: 1 OF 1 |

Order No: 587201
P.O. No: 237712
Dept: 17
Store No: 9990
Ship Via: A.B.F.
Freight Terms: COLLECT
Terms: NET 30 DAYS

Service Rep: 520    Sales Person: 200
SXR
Account No: CM9990

**SOLD TO:**    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| | | | 11W | | | |
| WORLD TMBL WORLD | BLK BLACK | WORLD | 60 | 60 | 26.50 | 1,590.00 |
| | | | 12W | | | |
| WORLD TMBL WORLD | BLK BLACK | WORLD | 108 | 108 | 26.50 | 2,862.00 |
| | | | 13W | | | |
| WORLD TMBL WORLD | BLK BLACK | WORLD | 168 | 168 | 26.50 | 4,452.00 |
| | | 14W | | | | |
| WORLD TMBL WORLD | BLK BLACK | WORLD 192 | | 192 | 26.50 | 5,088.00 |
| | | 15W | | | | |
| WORLD TMBL WORLD | BLK BLACK | WORLD 180 | | 180 | 26.50 | 4,770.00 |
| | | | 16W | | | |
| WORLD TMBL WORLD | BLK BLACK | WORLD | 96 | 96 | 26.50 | 2,544.00 |

FO 13227

TOTAL UNITS:    804
TOTAL CARTONS:    67
SUB TOTAL:    21,306.00

SHIPPING & HANDLING:    0.00

TOTAL:    21,306.00

PLEASE REMIT BY: 04/19/2007

# DEER ★ STAGS®

**Deer Stags, Inc.**
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | |
|---|---|
| **INVOICE** | NO.: 617183<br>DATE: 03/20/2007<br>PAGE: 1 OF 1 |

Order No: 587207
P.O. No: 237718
Dept: 17
Store No: 9990
Ship Via: A.B.F.          Service Rep: 520    Sales Person: 200
Freight Terms: COLLECT                        SXR
Terms: NET 30 DAYS    SHIP TO:          Account No: CM9990

**SOLD TO:**          Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| | | | 11W | | | |
| WINNER TMBL | BLK | WINNER | 60 | 60 | 26.50 | 1,590.00 |
| WINNER | | BLACK | | | | |
| | | | 12W | | | |
| WINNER TMBL | BLK | WINNER | 120 | 120 | 26.50 | 3,180.00 |
| WINNER | | BLACK | | | | |
| | | | 13W | | | |
| WINNER TMBL | BLK | WINNER | 180 | 180 | 26.50 | 4,770.00 |
| WINNER | | BLACK | | | | |
| | | 14W | | | | |
| WINNER TMBL | BLK | WINNER | 192 | 192 | 26.50 | 5,088.00 |
| WINNER | | BLACK | | | | |
| | | 15W | | | | |
| WINNER TMBL | BLK | WINNER | 156 | 156 | 26.50 | 4,134.00 |
| WINNER | | BLACK | | | | |
| | | 16W | | | | |
| WINNER TMBL | BLK | WINNER | 72 | 72 | 26.50 | 1,908.00 |
| WINNER | | BLACK | | | | |

FO 13221

TOTAL UNITS:    780
TOTAL CARTONS:    65
SUB TOTAL:    20,670.00

SHIPPING & HANDLING:    0.00

TOTAL:    20,670.00

PLEASE REMIT BY: 04/19/2007

# DEER STAGS®

Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | · NO.: .620356 |
|---|---|
| | DATE: 03/29/2007 |
| | PAGE: 1 OF 1 |

Order No: 696906
P.O. No: 87408
Dept: B72,73
Store No: 9994
Ship Via: TRUCK          Service Rep: 520     Sales Person: 200
Freight Terms: THIRD PARTY BILLING          QXC
Terms: NET 30 DAYS

SOLD TO:      Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:           Account No: DM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 11W | 12W | 13W | 14W | 15W | 16W | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EXPRSS SMTH | BLK | EXPRESS | 22 | 26 | 23 | | | | 71 | 17.00 | 1,207.00 |
| EXPRSS SMTH | BLK | EXPRESS | | | | 37 | 35 | 38 | 110 | 17.00 | 1,870.00 |

TOTAL UNITS:    181
TOTAL CARTONS:    15
SUB TOTAL:    3,077.00

SHIPPING & HANDLING:    0.00

TOTAL:    3,077.00

PLEASE REMIT BY: 04/28/2007

# DEER ✦ STAGS®

### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | NO.: 623659 |
|---------|-------------|
|         | DATE: 04/03/2007 |
|         | PAGE: 1 OF 1 |

Order No: 597339
P.O. No: 241327
Dept: 17
Store No: 9991
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: COLLECT                    QXC
Terms: NET 30 DAYS

**SOLD TO:**   Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**   Account No: DM9991

CASUAL MALE
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 11W | 12W | 13W | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|-----|-----|-----|-------|-----------|-----------|
| SOCK TMBL | BLK | SOCK | 12 | 24 | 48 | 84 | 22.00 | 1,848.00 |
|       |     |             | 14W | 15W | 16W |       |           |           |
| SOCK TMBL | BLK | SOCK | 36 | 24 | 12 | 72 | 22.00 | 1,584.00 |

FO 13310

TOTAL UNITS:    156
TOTAL CARTONS:    13
SUB TOTAL:    3,432.00

SHIPPING & HANDLING:    0.00

TOTAL:    3,432.00

PLEASE REMIT BY: 05/03/2007

# DEER ☆ STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | INVOICE | NO.: •623660 |
|---|---|---|
| | | DATE: 04/03/2007 |
| | | PAGE: 1 OF 1 |

Order No: 586866
P.O. No: 237267
Dept: 17
Store No: 9990
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: COLLECT                    QXC
Terms: NET 30 DAYS    Account No: CM9990

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| STYLE | CLR | DESCRIPTION | | | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| | | | | 11W | | | |
| TIMES SMTH | BLK | TIMES | | 96 | 96 | 24.00 | 2,304.00 |
| TIMES | | BLACK | | | | | |
| | | | | 12W | | | |
| TIMES SMTH | BLK | TIMES | | 168 | 168 | 24.00 | 4,032.00 |
| TIMES | | BLACK | | | | | |
| | | | | 13W | | | |
| TIMES SMTH | BLK | TIMES | | 252 | 252 | 24.00 | 6,048.00 |
| TIMES | | BLACK | | | | | |
| | | | 14W | | | | |
| TIMES SMTH | BLK | TIMES | 264 | | 264 | 24.00 | 6,336.00 |
| TIMES | | BLACK | | | | | |
| | | | 15W | | | | |
| TIMES SMTH | BLK | TIMES | 204 | | 204 | 24.00 | 4,896.00 |
| TIMES | | BLACK | | | | | |
| | | | 16W | | | | |
| TIMES SMTH | BLK | TIMES | | 96 | 96 | 24.00 | 2,304.00 |
| TIMES | | BLACK | | | | | |

FO13296

TOTAL UNITS:    1080
TOTAL CARTONS:    90
SUB TOTAL:    25,920.00

SHIPPING & HANDLING:    0.00

TOTAL:    25,920.00

PLEASE REMIT BY: 05/03/2007

# DEER ≈ STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | NO.: 623840 |
| --- | --- |
| | DATE: 04/05/2007 |
| | PAGE: 1 OF 1 |

Order No: 700299
P.O. No: 240091
Dept: 17
Store No: 9990
Ship Via: OLD DOMINION       Service Rep: 520    Sales Person: 200
Freight Terms: COLLECT                          KXR
Terms: NET 30 DAYS    Account No: CM9990

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 11W | 12W | 13W | 14W | 15W | 16W | TOTAL | UNIT PRICE | EXT PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| EXPRSS SMTH | DTAN | EXPRESS | 36 | 48 | 84 | | | | 168 | 17.00 | 2,856.00 |
| EXPRSS SMTH | DTAN | EXPRESS | | | | 96 | 84 | 48 | 228 | 17.00 | 3,876.00 |

FO 13250

| | |
| --- | --- |
| TOTAL UNITS: | 396 |
| TOTAL CARTONS: | 33 |
| SUB TOTAL: | 6,732.00 |
| SHIPPING & HANDLING: | 0.00 |
| TOTAL: | 6,732.00 |

PLEASE REMIT BY: 05/05/2007

# DEER ⟶ STAGS®
## Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

| | |
|---|---|
| NO.: | 626507 |
| DATE: | 04/12/2007 |
| PAGE: | 1 OF 1 |

Order No: 587202
P.O. No: 237713
Dept: 17
Store No: 9990
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: COLLECT              QXC
Terms: NET 30 DAYS    Account No: CM9990

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|---|-------|-----------|-----------|
| | | | 11W | | | |
| WORLD TMBL WORLD | BLK BLACK | WORLD | 72 | 72 | 26.50 | 1,908.00 |
| | | | 12W | | | |
| WORLD TMBL WORLD | BLK BLACK | WORLD | 132 | 132 | 26.50 | 3,498.00 |
| | | | 13W | | | |
| WORLD TMBL WORLD | BLK BLACK | WORLD | 192 | 192 | 26.50 | 5,088.00 |
| 14W | | | | | | |
| WORLD TMBL WORLD | BLK BLACK | WORLD | 228 | 228 | 26.50 | 6,042.00 |
| 15W | | | | | | |
| WORLD TMBL WORLD | BLK BLACK | WORLD | 216 | 216 | 26.50 | 5,724.00 |
| | | | 16W | | | |
| WORLD TMBL WORLD | BLK BLACK | WORLD | 108 | 108 | 26.50 | 2,862.00 |

FO 13228

TOTAL UNITS:    948
TOTAL CARTONS:    79
SUB TOTAL:    25,122.00

SHIPPING & HANDLING:    0.00

TOTAL:    25,122.00

PLEASE REMIT BY: 05/12/2007

# DEER STAGS®

Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

| NO.: | '626508 |
| DATE: | 04/12/2007 |
| PAGE: | 1 OF 1 |

Order No: 597341
P.O. No: 241329
Dept: 17
Store No: 9991
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: COLLECT                QXC
Terms: NET 30 DAYS    Account No: DM9991

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:

CASUAL MALE
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 11W | 12W | 13W | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|-----|-----|-----|-------|-----------|-----------|
| SOCK TMBL | BLK | SOCK | 12 | 24 | 48 | 84 | 22.00 | 1,848.00 |

| STYLE | CLR | DESCRIPTION | 14W | 15W | 16W | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|-----|-----|-----|-------|-----------|-----------|
| SOCK TMBL | BLK | SOCK | 48 | 36 | 12 | 96 | 22.00 | 2,112.00 |

PO 13311

TOTAL UNITS:    180
TOTAL CARTONS:    15
SUB TOTAL:    3,960.00

SHIPPING & HANDLING:    0.00

TOTAL:    3,960.00

PLEASE REMIT BY: 05/12/2007

# DEER ⬧ STAGS®
## Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | INVOICE | NO.: '628563 |
|---|---|---|
| | | DATE: 04/13/2007 |
| | | PAGE: 1 OF 2 |

Order No: 612698
P.O. No: 86519
Dept: B72,73
Store No: 9994
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: COLLECT                      QXC
Terms: NET 30 DAYS    Account No: DM9994

**SOLD TO:**    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 10W | 11W | 12W | 13W | 14W | 15W | 16W | 12M | 13M | 14M | 15M | 16M | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WINNER TMBL | BLK | WINNER | | | | | | | | 4 | 2 | | | | 6 | 26.50 | 159.00 |
| WINNER TMBL | BLK | WINNER | | | | | | | | | | 9 | 11 | 8 | 28 | 26.50 | 742.00 |
| WINNER TMBL | BLK | WINNER | 3 | | | | | | | | | | | | 3 | 26.50 | 79.50 |
| WINNER TMBL WINNER | BLK BLACK | WINNER | | 35 | | | | | | | | | | | 35 | 26.50 | 927.50 |
| WINNER TMBL WINNER | BLK BLACK | WINNER | | | 47 | | | | | | | | | | 47 | 26.50 | 1,245.50 |
| WINNER TMBL WINNER | BLK BLACK | WINNER | | | | 37 | | | | | | | | | 37 | 26.50 | 980.50 |
| WINNER TMBL WINNER | BLK BLACK | WINNER | | | | | 26 | | | | | | | | 26 | 26.50 | 689.00 |
| WINNER TMBL WINNER | BLK BLACK | WINNER | | | | | | 47 | | | | | | | 47 | 26.50 | 1,245.50 |
| WINNER TMBL WINNER | BLK BLACK | WINNER | | | | | | | 31 | | | | | | 31 | 26.50 | 821.50 |
| WINNER TMBL | BRN | WINNER | | | | | | | | 4 | 3 | | | | 7 | 26.50 | 185.50 |
| WINNER TMBL | BRN | WINNER | | | | | | | | | | 9 | 15 | 9 | 33 | 26.50 | 874.50 |

# DEER ★ STAGS®
## Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | INVOICE | NO.: ·628563 |
|---|---|---|
| | | DATE: 04/13/2007 |
| | | PAGE: 2 OF  2 |

Order No: 612698
P.O. No: 86519
Dept: B72,73
Store No: 9994
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: COLLECT                QXC
Terms: NET 30 DAYS    Account No: DM9994

SOLD TO:        Account No:  000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| WINNER TMBL | BRN | WINNER | 10W 4 | 4 | 26.50 | 106.00 |
| WINNER TMBL WINNER | BRN | WINNER BROWN | 11W 30 | 30 | 26.50 | 795.00 |
| WINNER TMBL WINNER | BRN | WINNER BROWN | 12W 15 | 15 | 26.50 | 397.50 |
| WINNER TMBL WINNER | BRN | WINNER BROWN | 13W 5 | 5 | 26.50 | 132.50 |
| WINNER TMBL WINNER | BRN | WINNER BROWN | 14W 25 | 25 | 26.50 | 662.50 |
| WINNER TMBL WINNER | BRN | WINNER BROWN | 15W 16 | 16 | 26.50 | 424.00 |
| WINNER TMBL WINNER | BRN | WINNER BROWN | 16W 23 | 23 | 26.50 | 609.50 |

FO 13387

TOTAL UNITS:    418
TOTAL CARTONS:    36
SUB TOTAL:    11,077.00

SHIPPING & HANDLING:    0.00

TOTAL:    11,077.00

PLEASE REMIT BY: 05/13/2007

**DEER STAGS** ®

Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | NO.: 632524 |
|---|---|
| | DATE: 04/24/2007 |
| | PAGE: 1 OF 1 |

Order No: 708826
P.O. No: 87409
Dept: B72,73
Store No: 9994
Ship Via: CASUAL MALE'S TRUCKER  Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING        QXC
Terms: NET 30 DAYS    Account No: CM9994

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:

THINK BIG DIRECT
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 11W | 12W | 13W | 14W | 15W | 16W | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EXPRSS SMTH | BLK | EXPRESS | 22 | 26 | 22 | | | | 70 | 17.00 | 1,190.00 |
| EXPRSS SMTH | BLK | EXPRESS | | | | 37 | 35 | 37 | 109 | 17.00 | 1,853.00 |
| EXPRSS SMTH | DTAN | EXPRESS | 26 | 31 | 28 | | | | 85 | 17.00 | 1,445.00 |
| EXPRSS SMTH | DTAN | EXPRESS | | | | 45 | 43 | 46 | 134 | 17.00 | 2,278.00 |

FO 13425

TOTAL UNITS:    398
TOTAL CARTONS:    33
SUB TOTAL:    6,766.00

SHIPPING & HANDLING:    0.00

TOTAL:    6,766.00

PLEASE REMIT BY: 05/24/2007

# DEER STAGS®

**Deer Stags, Inc.**
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | INVOICE | NO.: '632525 |
|---|---|---|
| | | DATE: 04/24/2007 |
| | | PAGE: 1 OF 2 |

Order No: 708827
P.O. No: 86521
Dept: B72,73
Store No: 9994
Ship Via: CASUAL MALE'S TRUCKER    Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    QXC
Terms: NET 30 DAYS

**SOLD TO:**    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**    Account No: CM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON, MA 02021

**REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286**

| STYLE | CLR | DESCRIPTION | | | | | | | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 12M | 13M | | | | |
| CABO SMTH | BLK | CABO | | | | 9 | 12 | | 21 | 15.00 | 315.00 |
| | | | 14M | 15M | | | | | | | |
| CABO SMTH | BLK | CABO | 13 | 15 | | | | | 28 | 15.00 | 420.00 |
| | | | 10W | | 11W | 12W | 13W | | | | |
| CABO SMTH | BLK | CABO | 5 | | 26 | 25 | 36 | | 92 | 15.00 | 1,380.00 |
| | | | 14W | 15W | 16W | | | | | | |
| CABO SMTH | BLK | CABO | 45 | 28 | 25 | | | | 98 | 15.00 | 1,470.00 |
| | | | | | | 12M | 13M | | | | |
| CABO SMTH | CGNC | CABO | | | | 7 | 12 | | 19 | 15.00 | 285.00 |
| | | | 14M | 15M | 16M | | | | | | |
| CABO SMTH | CGNC | CABO | 11 | 13 | 6 | | | | 30 | 15.00 | 450.00 |
| | | | 10W | | | | | | | | |
| CABO SMTH | CGNC | CABO | 13 | | | | | | 13 | 15.00 | 195.00 |
| | | | | | 11W | | | | | | |
| CABO SMTH | CGNC | CABO | | | 19 | | | | 19 | 15.00 | 285.00 |
| CABO | | COGNAC | | | | | | | | | |
| | | | | | | 12W | | | | | |
| CABO SMTH | CGNC | CABO | | | | 20 | | | 20 | 15.00 | 300.00 |
| CABO | | COGNAC | | | | | | | | | |
| | | | | | | | 13W | | | | |
| CABO SMTH | CGNC | CABO | | | | | 34 | | 34 | 15.00 | 510.00 |
| CABO | | COGNAC | | | | | | | | | |
| | | | 14W | | | | | | | | |
| CABO SMTH | CGNC | CABO | 27 | | | | | | 27 | 15.00 | 405.00 |
| CABO | | COGNAC | | | | | | | | | |
| | | | | 15W | | | | | | | |
| CABO SMTH | CGNC | CABO | | 32 | | | | | 32 | 15.00 | 480.00 |
| CABO | | COGNAC | | | | | | | | | |

# DEER ✦ STAGS ®

Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | | |
|---|---|---|
| **INVOICE** | NO.: `632525 | |
| | DATE: 04/24/2007 | |
| | PAGE: 2 OF 2 | |

Order No: 708827
P.O. No: 86521
Dept: B72,73
Store No: 9994
Ship Via: CASUAL MALE'S TRUCKER  Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING      QXC
Terms: NET 30 DAYS

SOLD TO:        Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:        Account No: CM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON, MA 02021

**REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286**

| STYLE | CLR | DESCRIPTION | | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| | | | 16W | | | |
| CABO SMTH | CGNC | CABO | 26 | 26 | 15.00 | 390.00 |
| CABO | | COGNAC | | | | |

FO 13395

TOTAL UNITS:    459
TOTAL CARTONS:    41
SUB TOTAL:    6,885.00

SHIPPING & HANDLING:    0.00

TOTAL:    6,885.00

PLEASE REMIT BY: 05/24/2007

# DEER ⬥ STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | NO.: 632528 |
|---------|-------------|
|         | DATE: 04/25/2007 |
|         | PAGE: 1 OF 1 |

Order No: 586867
P.O. No: 237270
Dept: 17
Store No: 9990
Ship Via: ROADWAY
Freight Terms: COLLECT
Terms: NET 30 DAYS

Service Rep: 520    Sales Person: 200
QXC

SOLD TO:    Account No:  000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:
Account No:  CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

**REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286**

| STYLE | CLR | DESCRIPTION | | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|--|--|-------|------------|-----------|
| TIMES SMTH | BLK | TIMES | 11W | | 108 | 24.00 | 2,592.00 |
| TIMES | | BLACK | 108 | | | | |
| TIMES SMTH | BLK | TIMES | | 12W | 192 | 24.00 | 4,608.00 |
| TIMES | | BLACK | | 192 | | | |
| TIMES SMTH | BLK | TIMES | | 13W | 288 | 24.00 | 6,912.00 |
| TIMES | | BLACK | | 288 | | | |
| TIMES SMTH | BLK | TIMES | 14W | | 288 | 24.00 | 6,912.00 |
| TIMES | | BLACK | 288 | | | | |
| TIMES SMTH | BLK | TIMES | 15W | | 216 | 24.00 | 5,184.00 |
| TIMES | | BLACK | 216 | | | | |
| TIMES SMTH | BLK | TIMES | 16W | | 108 | 24.00 | 2,592.00 |
| TIMES | | BLACK | 108 | | | | |

TOTAL UNITS:   1200
TOTAL CARTONS:   100
SUB TOTAL:   28,800.00

SHIPPING & HANDLING:      0.00

TOTAL:   28,800.00

PLEASE REMIT BY: 05/25/2007

**DEER ✦ STAGS®**
Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | NO.: 632529 |
|---------|-------------|
|         | DATE: 04/25/2007 |
|         | PAGE: 1 OF 2 |

Order No: 612691
P.O. No: 86523
Dept: B72,73
Store No: 9994
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    QXC
Terms: NET 30 DAYS

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:    Account No: DM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

**REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286**

| STYLE | CLR | DESCRIPTION | | | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|---|---|---|-------|------------|-----------|
| | | | 12M | 13M | | | | |
| TIMES SMTH | BLK | TIMES | 4 | 6 | | 10 | 26.00 | 260.00 |
| | | | 14M | 15M | 16M | | | |
| TIMES SMTH | BLK | TIMES | 19 | 23 | 19 | 61 | 26.00 | 1,586.00 |
| | | | 10W | | | | | |
| TIMES SMTH | BLK | TIMES | 10 | | | 10 | 26.00 | 260.00 |
| | | | | 11W | | | | |
| TIMES SMTH | BLK | TIMES | | 15 | | 15 | 26.00 | 390.00 |
| TIMES | | BLACK | | | | | | |
| | | | | 12W | | | | |
| TIMES SMTH | BLK | TIMES | | 15 | | 15 | 26.00 | 390.00 |
| TIMES | | BLACK | | | | | | |
| | | | | 13W | | | | |
| TIMES SMTH | BLK | TIMES | | 47 | | 47 | 26.00 | 1,222.00 |
| TIMES | | BLACK | | | | | | |
| | | | 14W | | | | | |
| TIMES SMTH | BLK | TIMES | 36 | | | 36 | 26.00 | 936.00 |
| TIMES | | BLACK | | | | | | |
| | | | | 15W | | | | |
| TIMES SMTH | BLK | TIMES | | 42 | | 42 | 26.00 | 1,092.00 |
| TIMES | | BLACK | | | | | | |
| | | | | 16W | | | | |
| TIMES SMTH | BLK | TIMES | | 44 | | 44 | 26.00 | 1,144.00 |
| TIMES | | BLACK | | | | | | |
| | | | 14M | 15M | 16M | | | |
| TIMES SMTH | BRN | TIMES | 6 | 13 | 10 | 29 | 26.00 | 754.00 |
| | | | 10W | | | | | |
| TIMES SMTH | BRN | TIMES | 4 | | | 4 | 26.00 | 104.00 |

# DEER STAGS®

**Deer Stags, Inc.**
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | NO.: 632529 |
|---|---|
| | DATE: 04/25/2007 |
| | PAGE: 2 OF 2 |

Order No: 612691
P.O. No: 86523
Dept: B72,73
Store No: 9994
Ship Via: OLD DOMINION        Service Rep: 520        Sales Person: 200
Freight Terms: THIRD PARTY BILLING        QXC
Terms: NET 30 DAYS

**SOLD TO:**        Account No: 000890        **SHIP TO:**        Account No: DM9994

DESIGNS APPAREL INC.                      THINK BIG DIRECT
555 TURNPIKE ST                           555 TURNPIKE ST
CANTON MA 02021                           CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| | | | 12W | | | |
| TIMES SMTH | BRN | TIMES | 13 | 13 | 26.00 | 338.00 |
| TIMES | | BROWN | | | | |
| | | | 13W | | | |
| TIMES SMTH | BRN | TIMES | 37 | 37 | 26.00 | 962.00 |
| TIMES | | BROWN | | | | |
| | | 14W | | | | |
| TIMES SMTH | BRN | TIMES 19 | | 19 | 26.00 | 494.00 |
| TIMES | | BROWN | | | | |
| | | 15W | | | | |
| TIMES SMTH | BRN | TIMES 25 | | 25 | 26.00 | 650.00 |
| TIMES | | BROWN | | | | |
| | | 16W | | | | |
| TIMES SMTH | BRN | TIMES 17 | | 17 | 26.00 | 442.00 |
| TIMES | | BROWN | | | | |

FO 13390 & 13391

TOTAL UNITS:    424
TOTAL CARTONS:    37
SUB TOTAL:    11,024.00

SHIPPING & HANDLING:    0.00

TOTAL:    11,024.00

PLEASE REMIT BY: 05/25/2007

# DEER STAGS®

**Deer Stags, Inc.**
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | NO.: 632582 |
| --- | --- |
| | DATE: 04/25/2007 |
| | PAGE: 1 OF 1 |

Order No: 587208
P.O. No: 237719
Dept: 17
Store No: 9990
Ship Via: ROADWAY          Service Rep: 520      Sales Person: 200
Freight Terms: COLLECT                    QXC
Terms: NET 30 DAYS          Account No: CM9990

**SOLD TO:**     Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

**REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286**

| STYLE | CLR | DESCRIPTION | | TOTAL | UNIT PRICE | EXT PRICE |
| --- | --- | --- | --- | --- | --- | --- |
| | | | 11W | | | |
| WINNER TMBL | BLK | WINNER | 72 | 72 | 26.50 | 1,908.00 |
| WINNER | | BLACK | | | | |
| | | | 12W | | | |
| WINNER TMBL | BLK | WINNER | 132 | 132 | 26.50 | 3,498.00 |
| WINNER | | BLACK | | | | |
| | | | 13W | | | |
| WINNER TMBL | BLK | WINNER | 216 | 216 | 26.50 | 5,724.00 |
| WINNER | | BLACK | | | | |
| | | 14W | | | | |
| WINNER TMBL | BLK | WINNER | 216 | 216 | 26.50 | 5,724.00 |
| WINNER | | BLACK | | | | |
| | | 15W | | | | |
| WINNER TMBL | BLK | WINNER | 180 | 180 | 26.50 | 4,770.00 |
| WINNER | | BLACK | | | | |
| | | 16W | | | | |
| WINNER TMBL | BLK | WINNER | 84 | 84 | 26.50 | 2,226.00 |
| WINNER | | BLACK | | | | |

FO 13222

TOTAL UNITS:     900
TOTAL CARTONS:    75
SUB TOTAL:  23,850.00

SHIPPING & HANDLING:        0.00

TOTAL:  23,850.00

PLEASE REMIT BY: 05/25/2007

# DEER ✦ STAGS ®

**Deer Stags, Inc.**
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | 'NO.: ·632913 |
|---|---|
| | DATE: 04/26/2007 |
| | PAGE:  1 OF  1 |

Order No: 596125
P.O. No: 240092
Dept: 17
Store No: 9990
Ship Via: CASUAL MALE'S TRUCKER  Order Rep: 520   Sales Person: 200
Freight Terms: THIRD PARTY BILLING       QXC
Terms: NET 30 DAYS    Account No:  CM9990

SOLD TO:     Account No:  000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

**REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286**

| STYLE | CLR | DESCRIPTION | 11W | 12W | 13W | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|
| EXPRSS SMTH | DTAN | EXPRESS | 72 | 96 | 168 | 336 | 17.00 | 5,712.00 |

| STYLE | CLR | DESCRIPTION | 14W | 15W | 16W | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|
| EXPRSS SMTH | DTAN | EXPRESS | 192 | 180 | 96 | 468 | 17.00 | 7,956.00 |

FO 13251

TOTAL UNITS:     804
TOTAL CARTONS:      67
SUB TOTAL:   13,668.00

SHIPPING & HANDLING:        0.00

TOTAL:   13,668.00

PLEASE REMIT BY: 05/26/2007

# DEER STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

| | |
|---|---|
| NO.: | 632914 |
| DATE: | 04/26/2007 |
| PAGE: | 1 OF 1 |

Order No: 587198
P.O. No: 237279
Dept: 17
Store No: 9990
Ship Via: CASUAL MALE'S TRUCKER  Sales Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING      QXC
Terms: NET 30 DAYS

SOLD TO:         Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:        Account No: CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

**REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286**

| STYLE | CLR | DESCRIPTION | | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| | | | 11W | | | |
| CABO SMTH | CGNC | CABO | 84 | 84 | 16.00 | 1,344.00 |
| CABO | | COGNAC | | | | |
| | | | 12W | | | |
| CABO SMTH | CGNC | CABO | 156 | 156 | 16.00 | 2,496.00 |
| CABO | | COGNAC | | | | |
| | | | 13W | | | |
| CABO SMTH | CGNC | CABO | 240 | 240 | 16.00 | 3,840.00 |
| CABO | | COGNAC | | | | |
| | | 14W | | | | |
| CABO SMTH | CGNC | CABO | 252 | 252 | 16.00 | 4,032.00 |
| CABO | | COGNAC | | | | |
| | | 15W | | | | |
| CABO SMTH | CGNC | CABO | 192 | 192 | 16.00 | 3,072.00 |
| CABO | | COGNAC | | | | |
| | | 16W | | | | |
| CABO SMTH | CGNC | CABO | 84 | 84 | 16.00 | 1,344.00 |
| CABO | | COGNAC | | | | |

FO 13216

| | |
|---|---|
| TOTAL UNITS: | 1008 |
| TOTAL CARTONS: | 84 |
| SUB TOTAL: | 16,128.00 |
| SHIPPING & HANDLING: | 0.00 |
| TOTAL: | 16,128.00 |

PLEASE REMIT BY: 05/26/2007

# DEER ✦ STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | INVOICE | NO.: 632915 |
|---|---|---|
| | | DATE: 04/26/2007 |
| | | PAGE: 1 OF 1 |

Order No: 626665
P.O. No: 248507
Dept: 17
Store No: 9991
Ship Via: DEFAULT TO ROUTING GUIDE   Invoice #: 520   Sales Person: 200
Freight Terms: THIRD PARTY BILLING   QXC
Terms: NET 30 DAYS

**SOLD TO:**     Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**     Account No: CM9991

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 11W | 12W | 13W | 14W | 15W | 16W | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SANTO SMTH | DTAN | SANTO | 12 | 24 | 36 | | | | 72 | 13.50 | 972.00 |
| SANTO SMTH | DTAN | SANTO | | | | 36 | 48 | 24 | 108 | 13.50 | 1,458.00 |

FO 13399

TOTAL UNITS: 180
TOTAL CARTONS: 15
SUB TOTAL: 2,430.00

SHIPPING & HANDLING: 0.00

TOTAL: 2,430.00

PLEASE REMIT BY: 05/26/2007

# DEER ✦ STAGS®
Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
       (212) 888-2424
Fax: (212) 980-5619

| INVOICE | NO.: 617184 |
|---------|-------------|
|         | DATE: 03/20/2007 |
|         | PAGE: 1 OF 1 |

Order No: 587219
P.O. No: 238439
Dept: 17
Store No: 9990
Ship Via: A.B.F.
Freight Terms: COLLECT
Terms: NET 30 DAYS

Service Rep: 520    Sales Person: 200
SXR

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:    Account No: CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 11W | 12W | 13W | 14W | 15W | 16W | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|-----|-----|-----|-----|-----|-----|-------|-----------|-----------|
| SUITOR SMTH | BLK | SUITOR | 60 | 84 | 156 | | | | 300 | 26.50 | 7,950.00 |
| SUITOR SMTH | BLK | SUITOR | | | | 168 | 156 | 72 | 396 | 26.50 | 10,494.00 |

FO 13244

TOTAL UNITS:    696
TOTAL CARTONS:    58
SUB TOTAL:    18,444.00

SHIPPING & HANDLING:    0.00

TOTAL:    18,444.00

PLEASE REMIT BY: 04/19/2007

**DEER ✦ STAGS ®**
Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | NO.: .617185 |
|---------|--------------|
|         | DATE: 03/20/2007 |
|         | PAGE: 1 OF 1 |

Order No: 597335
P.O. No: 241320
Dept: 17
Store No: 9991
Ship Via: A.B.F.            Service Rep: 520    Sales Person: 200
Freight Terms: COLLECT                SXR
Terms: NET 30 DAYS    Account No: CM9991

SOLD TO:        Account No: 000890 ..

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY   P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|---|-------|------------|-----------|
| | | | 11W | | | |
| SNDRSN SMTH | BLK | SANDERSON | 12 | 12 | 21.25 | 255.00 |
| SANDERSON | BLACK | | | | | |
| | | | 12W | | | |
| SNDRSN SMTH | BLK | SANDERSON | 36 | 36 | 21.25 | 765.00 |
| SANDERSON | BLACK | | | | | |
| | | | 13W | | | |
| SNDRSN SMTH | BLK | SANDERSON | 48 | 48 | 21.25 | 1,020.00 |
| SANDERSON | BLACK | | | | | |
| | | 14W | | | | |
| SNDRSN SMTH | BLK | SANDERSON 48 | | 48 | 21.25 | 1,020.00 |
| SANDERSON | BLACK | | | | | |
| | | 15W | | | | |
| SNDRSN SMTH | BLK | SANDERSON 36 | | 36 | 21.25 | 765.00 |
| SANDERSON | BLACK | | | | | |
| | | 16W | | | | |
| SNDRSN SMTH | BLK | SANDERSON 24 | | 24 | 21.25 | 510.00 |
| SANDERSON | BLACK | | | | | |

FO 13304

TOTAL UNITS:    204
TOTAL CARTONS:    17
SUB TOTAL:    4,335.00

SHIPPING & HANDLING:    0.00

TOTAL:    4,335.00

PLEASE REMIT BY: 04/19/2007

# DEER ⟶ STAGS®
### Deer Stags, Inc.
**1414 Avenue of the Americas**
**New York, NY 10019**
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | NO.: 619091 |
|---|---|
| | DATE: 03/23/2007 |
| | PAGE: 1 OF 1 |

Order No: 587213
P.O. No: 238429
Dept: 17
Store No: 9990
Ship Via: OLD DOMINION   Service Rep: 520   Sales Person: 200
Freight Terms: COLLECT                  QXC
Terms: NET 30 DAYS

SOLD TO:　　Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:                          Account No: CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

**REMIT PAYMENT TO: WELLS FARGO CENTURY   P.O. BOX 360286   PITTSBURGH, PA 15250-6286**

| STYLE | CLR | DESCRIPTION | 11W | 12W | 13W | 14W | 15W | 16W | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAOLA SMTH | BLK PAOLA | | 60 | 84 | 156 | | | | 300 | 26.50 | 7,950.00 |
| PAOLA SMTH | BLK PAOLA | | | | | 156 | 156 | 72 | 384 | 26.50 | 10,176.00 |

FO 13238

TOTAL UNITS:　684
TOTAL CARTONS:　57
SUB TOTAL:　18,126.00

SHIPPING & HANDLING:　0.00

TOTAL:　18,126.00

PLEASE REMIT BY: 04/22/2007

# DEER ✦ STAGS®

**Deer Stags, Inc.**
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | |
|---|---|
| **INVOICE** | NO.: 632530<br>DATE: 04/25/2007<br>PAGE: 1 OF 1 |

Order No: 612692
P.O. No: 86517
Dept: B72,73
Store No: 9994
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    QXC
Terms: NET 30 DAYS

**SOLD TO:**    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**    Account No: DM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 14M | 15M | 16M | 11W | 12W/12M | 13W/13M | 14W | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GUILD SMTH | BLK | GUILD | | | | | 5 | 4 | | 9 | 25.00 | 225.00 |
| GUILD SMTH | BLK | GUILD | 9 | 17 | 10 | | | | | 36 | 25.00 | 900.00 |
| GUILD SMTH | BLK | GUILD | | | | 19 | 12 | 17 | | 48 | 25.00 | 1,200.00 |
| GUILD SMTH | BLK | GUILD | 27 | 35 | 26 | | | | | 88 | 25.00 | 2,200.00 |
| GUILD SMTH | BRN | GUILD | | | | 6 | | 13 | | 19 | 25.00 | 475.00 |
| GUILD SMTH | BRN | GUILD | | | | | | | 17 | 17 | 25.00 | 425.00 |

FO 13385

TOTAL UNITS:    217
TOTAL CARTONS:    19
SUB TOTAL:    5,425.00

SHIPPING & HANDLING:    0.00

TOTAL:    5,425.00

PLEASE REMIT BY: 05/25/2007

# DEER ✦ STAGS®
## Deer Stags, Inc.
**1414 Avenue of the Americas**
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | NO.: •632581 |
|---------|--------------|
|         | DATE: 04/25/2007 |
|         | PAGE: 1 OF 2 |

Order No: 612696
P.O. No: 86525
Dept: B72,73
Store No: 9994
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    QXC
Terms: NET 30 DAYS

**SOLD TO:**    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**    Account No: DM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|---|---|---|-------|-----------|-----------|
| | | | 12M | 13M | | | | |
| SNDRSN SMTH | BLK | SANDERSON | 4 | 9 | | 13 | 25.00 | 325.00 |
| | | | 14M | 15M | 16M | | | |
| SNDRSN SMTH | BLK | SANDERSON | 25 | 38 | 22 | 85 | 25.00 | 2,125.00 |
| | | | 10W | | | | | |
| SNDRSN SMTH | BLK | SANDERSON | 8 | | | 8 | 25.00 | 200.00 |
| | | | | 11W | | | | |
| SNDRSN SMTH | BLK | SANDERSON | | 17 | | 17 | 25.00 | 425.00 |
| SANDERSON | BLACK | | | | | | | |
| | | | 12W | | | | | |
| SNDRSN SMTH | BLK | SANDERSON | 27 | | | 27 | 25.00 | 675.00 |
| SANDERSON | BLACK | | | | | | | |
| | | | | 13W | | | | |
| SNDRSN SMTH | BLK | SANDERSON | | 42 | | 42 | 25.00 | 1,050.00 |
| SANDERSON | BLACK | | | | | | | |
| | | | 14W | | | | | |
| SNDRSN SMTH | BLK | SANDERSON | 51 | | | 51 | 25.00 | 1,275.00 |
| SANDERSON | BLACK | | | | | | | |
| | | | 15W | | | | | |
| SNDRSN SMTH | BLK | SANDERSON | 36 | | | 36 | 25.00 | 900.00 |
| SANDERSON | BLACK | | | | | | | |
| | | | 16W | | | | | |
| SNDRSN SMTH | BLK | SANDERSON | 28 | | | 28 | 25.00 | 700.00 |
| SANDERSON | BLACK | | | | | | | |
| | | | 12M | 13M | | | | |
| SNDRSN SMTH | BRN | SANDERSON | 2 | 5 | | 7 | 25.00 | 175.00 |
| | | | 14M | 15M | 16M | | | |
| SNDRSN SMTH | BRN | SANDERSON | 13 | 20 | 12 | 45 | 25.00 | 1,125.00 |
| | | | 10W | 11W | 12W | 13W | | |
| SNDRSN SMTH | BRN | SANDERSON | 4 | 9 | 14 | 22 | 49 | 25.00 | 1,225.00 |

**DEER STAGS®**
Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | | |
|---|---|---|
| **INVOICE** | **NO.:** 632581 |
| | **DATE:** 04/25/2007 |
| | **PAGE:** 2 OF 2 |

Order No: 612696
P.O. No: 86525
Dept: B72,73
Store No: 9994
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    QXC
Terms: NET 30 DAYS

SOLD TO:      Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:      Account No: DM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 14W | 15W | 16W | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|
| SNDRSN SMTH | BRN | SANDERSON | 28 | 20 | 15 | 63 | 25.00 | 1,575.00 |

FO 13393

TOTAL UNITS:      471
TOTAL CARTONS:     42
SUB TOTAL:    11,775.00

SHIPPING & HANDLING:      0.00

TOTAL:    11,775.00

PLEASE REMIT BY: 05/25/2007

Exhibit C

# DEER ⚜ STAGS®
## Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

NO.: 602909
DATE: 02/15/2007
PAGE: 1 OF 1

Order No: 669099
P.O. No: 87408
Dept: B72,73
Store No: 9994
Ship Via: CASUAL MALE'S TRUCKER    Sales Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    TXD
Terms: NET 30 DAYS

**SOLD TO:**    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**    Account No: CM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | | | | | | | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 11W 22 | | 12W 26 | 13W 23 | | 71 | 17.00 | 1,207.00 |
| EXPRSS SMTH | BLK | EXPRESS | | | | | | | | | | |
| | | | 14W 37 | 15W 35 | 16W 38 | | | | | 110 | 17.00 | 1,870.00 |
| EXPRSS SMTH | BLK | EXPRESS | | | | | | | | | | |
| | | | | | 11W 27 | | 12W 32 | 13W 28 | | 87 | 17.00 | 1,479.00 |
| EXPRSS SMTH | DTAN | EXPRESS | | | | | | | | | | |
| | | | 14W 45 | 15W 43 | 16W 46 | | | | | 134 | 17.00 | 2,278.00 |
| EXPRSS SMTH | DTAN | EXPRESS | | | | | | | | | | |

FO 13424

TOTAL UNITS: 402
TOTAL CARTONS: 34
SUB TOTAL: 6,834.00

SHIPPING & HANDLING: 0.00

TOTAL: 6,834.00

PLEASE REMIT BY: 03/17/2007

# DEER ✦ STAGS®

Deer Stags, Inc.
14-14 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | | | **INVOICE** | . NO.: 610334 |
|---|---|---|---|---|
| | | | | DATE: 03/06/2007 |
| | | | | PAGE: 1 OF 1 |

Order No: 626664
P.O. No: 248506
Dept: 17
Store No: 9991
Ship Via: CASUAL MALE'S TRUCKER    Buyer Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    SXR
Terms: NET 30 DAYS

**SOLD TO:**    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**    Account No: CM9991

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | | | | | | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 11W | | 12W | 13W | | | |
| SANTO SMTH | DTAN | SANTO | | | 70 | | 70 | 140 | 280 | 13.50 | 3,780.00 |
| | | | 14W | 15W | 16W | | | | | | |
| SANTO SMTH | DTAN | SANTO | 140 | 140 | 140 | | | | 420 | 13.50 | 5,670.00 |

FO 13398

TOTAL UNITS: 700
TOTAL CARTONS: 70
SUB TOTAL: 9,450.00

SHIPPING & HANDLING: 0.00

TOTAL: 9,450.00

PLEASE REMIT BY: 04/05/2007

# DEER ⬩ STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

| | |
|---|---|
| NO.: | 613811 |
| DATE: | 03/13/2007 |
| PAGE: | 1 OF 1 |

Order No: 586871
P.O. No: 237278
Dept: 17
Store No: 9990
Ship Via: CASUAL MALE'S TRUCKER   Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING        SXR
Terms: NET 30 DAYS

SOLD TO:        Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:        Account No: CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY   P.O. BOX 360286   PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| CABO SMTH CABO | CGNC COGNAC | CABO | 11W 48 | 48 | 16.00 | 768.00 |
| CABO SMTH CABO | CGNC COGNAC | CABO | 12W 84 | 84 | 16.00 | 1,344.00 |
| CABO SMTH CABO | CGNC COGNAC | CABO | 13W 144 | 144 | 16.00 | 2,304.00 |
| CABO SMTH CABO | CGNC COGNAC | CABO | 14W 132 | 132 | 16.00 | 2,112.00 |
| CABO SMTH CABO | CGNC COGNAC | CABO | 15W 96 | 96 | 16.00 | 1,536.00 |
| CABO SMTH CABO | CGNC COGNAC | CABO | 16W 48 | 48 | 16.00 | 768.00 |

FO 13215

TOTAL UNITS:   552
TOTAL CARTONS:   46
SUB TOTAL:   8,832.00

SHIPPING & HANDLING:   0.00

TOTAL:   8,832.00

PLEASE REMIT BY: 04/12/2007

# DEER STAGS®

**Deer Stags, Inc.**
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

NO.: 617121
DATE: 03/20/2007
PAGE: 1 OF 1

Order No: 687518
P.O. No: 89469
Dept: B73
Store No: 9994
Ship Via: UPS GROUND DELIVService FreiK520        Sales Person: 200
Freight Terms: COLLECT                               SXR
Terms: NET 30 DAYS

**SOLD TO:**        Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**        Account No: DM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY   P.O. BOX 360286   PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|-------|-----------|-----------|
| | | | 12M | | |
| TIMES SMTH | BRN | TIMES | 8 | 8 | 26.00 | 208.00 |

TOTAL UNITS:        8
TOTAL CARTONS:      1
SUB TOTAL:          208.00

SHIPPING & HANDLING:    0.00

TOTAL:              208.00

PLEASE REMIT BY: 04/19/2007

# DEER ⚞ STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

, NO.: 617182
DATE: 03/20/2007
PAGE: 1 OF 1

Order No: 587201
P.O. No: 237712
Dept: 17
Store No: 9990
Ship Via: A.B.F.
Freight Terms: COLLECT
Terms: NET 30 DAYS

Service Rep: 520    Sales Person: 200
SXR

**SOLD TO:**    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**    Account No: CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | | | | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|----|----|----|----|----|-------|-----------|-----------|
| WORLD TMBL WORLD | BLK | WORLD BLACK | | | | 11W 60 | | 60 | 26.50 | 1,590.00 |
| WORLD TMBL WORLD | BLK | WORLD BLACK | | | | 12W 108 | | 108 | 26.50 | 2,862.00 |
| WORLD TMBL WORLD | BLK | WORLD BLACK | | | 13W 168 | | | 168 | 26.50 | 4,452.00 |
| WORLD TMBL WORLD | BLK | WORLD BLACK | 14W 192 | | | | | 192 | 26.50 | 5,088.00 |
| WORLD TMBL WORLD | BLK | WORLD BLACK | 15W 180 | | | | | 180 | 26.50 | 4,770.00 |
| WORLD TMBL WORLD | BLK | WORLD BLACK | 16W 96 | | | | | 96 | 26.50 | 2,544.00 |

FO 13227

TOTAL UNITS: 804
TOTAL CARTONS: 67
SUB TOTAL: 21,306.00

SHIPPING & HANDLING: 0.00

TOTAL: 21,306.00

PLEASE REMIT BY: 04/19/2007

# DEER STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

NO.: 617183
DATE: 03/20/2007
PAGE: 1 OF 1

Order No: 587207
P.O. No: 237718
Dept: 17
Store No: 9990
Ship Via: A.B.F.
Freight Terms: COLLECT
Terms: NET 30 DAYS

Service Rep: 520     Sales Person: 200
SXR

SOLD TO:     Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:     Account No: CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|---|---|---|-------|------------|-----------|
| | | | | 11W | | | | |
| WINNER TMBL | BLK | WINNER | | 60 | | 60 | 26.50 | 1,590.00 |
| WINNER | | BLACK | | | | | | |
| | | | | | 12W | | | |
| WINNER TMBL | BLK | WINNER | | | 120 | 120 | 26.50 | 3,180.00 |
| WINNER | | BLACK | | | | | | |
| | | | | | 13W | | | |
| WINNER TMBL | BLK | WINNER | | | 180 | 180 | 26.50 | 4,770.00 |
| WINNER | | BLACK | | | | | | |
| | | | 14W | | | | | |
| WINNER TMBL | BLK | WINNER | 192 | | | 192 | 26.50 | 5,088.00 |
| WINNER | | BLACK | | | | | | |
| | | | 15W | | | | | |
| WINNER TMBL | BLK | WINNER | 156 | | | 156 | 26.50 | 4,134.00 |
| WINNER | | BLACK | | | | | | |
| | | | 16W | | | | | |
| WINNER TMBL | BLK | WINNER | 72 | | | 72 | 26.50 | 1,908.00 |
| WINNER | | BLACK | | | | | | |

FO 13221

TOTAL UNITS:     780
TOTAL CARTONS:     65
SUB TOTAL:     20,670.00

SHIPPING & HANDLING:     0.00

TOTAL:     20,670.00

PLEASE REMIT BY: 04/19/2007

# DEER ⟶ STAGS®

**Deer Stags, Inc.**
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

NO.: 620356
DATE: 03/29/2007
PAGE: 1 OF 1

Order No: 696906
P.O. No: 87408
Dept: B72,73
Store No: 9994
Ship Via: TRUCK            Service Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING        QXC
Terms: NET 30 DAYS

**SOLD TO:**    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**    Account No: DM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

**REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286**

| STYLE | CLR | DESCRIPTION | 11W | 12W | 13W | 14W | 15W | 16W | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|-----|-----|-----|-----|-----|-----|-------|-----------|-----------|
| EXPRSS SMTH | BLK | EXPRESS | 22 | 26 | 23 | | | | 71 | 17.00 | 1,207.00 |
| EXPRSS SMTH | BLK | EXPRESS | | | | 37 | 35 | 38 | 110 | 17.00 | 1,870.00 |

TOTAL UNITS: 181
TOTAL CARTONS: 15

SUB TOTAL: 3,077.00

SHIPPING & HANDLING: 0.00

TOTAL: 3,077.00

PLEASE REMIT BY: 04/28/2007

# DEER ⟶ STAGS®

**Deer Stags, Inc.**
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | |
|---|---|
| **INVOICE** | NO.: 623659 |
| | DATE: 04/03/2007 |
| | PAGE: 1 OF 1 |

Order No: 597339
P.O. No: 241327
Dept: 17
Store No: 9991
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: COLLECT           QXC
Terms: NET 30 DAYS

SOLD TO:     Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:     Account No: DM9991

CASUAL MALE
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 14W | 15W | 16W | 11W | 12W | 13W | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|-----|-----|-----|-----|-----|-----|-------|-----------|-----------|
| SOCK TMBL | BLK | SOCK | | | | 12 | 24 | 48 | 84 | 22.00 | 1,848.00 |
| SOCK TMBL | BLK | SOCK | 36 | 24 | 12 | | | | 72 | 22.00 | 1,584.00 |

FO 13310

TOTAL UNITS: 156
TOTAL CARTONS: 13
SUB TOTAL: 3,432.00

SHIPPING & HANDLING: 0.00

TOTAL: 3,432.00

PLEASE REMIT BY: 05/03/2007

# DEER STAGS®
Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

NO.: 623660
DATE: 04/03/2007
PAGE: 1 OF 1

Order No: 586866
P.O. No: 237267
Dept: 17
Store No: 9990
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: COLLECT    QXC
Terms: NET 30 DAYS

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:    Account No: CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|--|--|-------|------------|-----------|
| TIMES SMTH | BLK | TIMES | 11W 96 | | 96 | 24.00 | 2,304.00 |
| TIMES | | BLACK | | | | | |
| TIMES SMTH | BLK | TIMES | | 12W 168 | 168 | 24.00 | 4,032.00 |
| TIMES | | BLACK | | | | | |
| TIMES SMTH | BLK | TIMES | | 13W 252 | 252 | 24.00 | 6,048.00 |
| TIMES | | BLACK | | | | | |
| TIMES SMTH | BLK | TIMES | 14W 264 | | 264 | 24.00 | 6,336.00 |
| TIMES | | BLACK | | | | | |
| TIMES SMTH | BLK | TIMES | 15W 204 | | 204 | 24.00 | 4,896.00 |
| TIMES | | BLACK | | | | | |
| TIMES SMTH | BLK | TIMES | 16W 96 | | 96 | 24.00 | 2,304.00 |
| TIMES | | BLACK | | | | | |

FO13296

TOTAL UNITS:    1080
TOTAL CARTONS:    90
SUB TOTAL:    25,920.00

SHIPPING & HANDLING:    0.00

TOTAL:    25,920.00

PLEASE REMIT BY: 05/03/2007

# DEER ⚡ STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

NO.:  623840
DATE: 04/05/2007
PAGE:  1 OF  1

Order No: 700299
P.O. No: 240091
Dept: 17
Store No: 9990
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person:200
Freight Terms: COLLECT                    KXR
Terms: NET 30 DAYS

SOLD TO:        Account No:  000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:        Account No:  CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 11W | 12W | 13W | 14W | 15W | 16W | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|-----|-----|-----|-----|-----|-----|-------|-----------|-----------|
| EXPRSS SMTH | DTAN | EXPRESS | 36 | 48 | 84 | | | | 168 | 17.00 | 2,856.00 |
| EXPRSS SMTH | DTAN | EXPRESS | | | | 96 | 84 | 48 | 228 | 17.00 | 3,876.00 |

FO 13250

TOTAL UNITS:    396
TOTAL CARTONS:    33
SUB TOTAL:    6,732.00

SHIPPING & HANDLING:    0.00

TOTAL:    6,732.00

PLEASE REMIT BY: 05/05/2007

**DEER ✦ STAGS®**
Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
          (212) 888-2424
Fax: (212) 980-5619

Order No: 587202
P.O. No: 237713
Dept: 17
Store No: 9990
Ship Via: OLD DOMINION
Freight Terms: COLLECT
Terms: NET 30 DAYS

**INVOICE**

. NO.:  626507
DATE: 04/12/2007
PAGE:  1 OF  1

Service Rep: 520      Sales Person: 200
                      QXC

SOLD TO:          Account No:  000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:          Account No:  CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|---|---|---|-------|------------|-----------|
| WORLD TMBL WORLD | BLK | WORLD BLACK | | 11W 72 | | 72 | 26.50 | 1,908.00 |
| WORLD TMBL WORLD | BLK | WORLD BLACK | | | 12W 132 | 132 | 26.50 | 3,498.00 |
| WORLD TMBL WORLD | BLK | WORLD BLACK | | | 13W 192 | 192 | 26.50 | 5,088.00 |
| WORLD TMBL WORLD | BLK | WORLD BLACK | 14W 228 | | | 228 | 26.50 | 6,042.00 |
| WORLD TMBL WORLD | BLK | WORLD BLACK | 15W 216 | | | 216 | 26.50 | 5,724.00 |
| WORLD TMBL WORLD | BLK | WORLD BLACK | 16W 108 | | | 108 | 26.50 | 2,862.00 |

FO 13228

TOTAL UNITS:     948
TOTAL CARTONS:    79
SUB TOTAL:   25,122.00

SHIPPING & HANDLING:       0.00

TOTAL:   25,122.00

PLEASE REMIT BY: 05/12/2007

# DEER STAGS®
**Deer Stags, Inc.**
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

. NO.: . 626508
DATE: 04/12/2007
PAGE: 1 OF 1

Order No: 597341
P.O. No: 241329
Dept: 17
Store No: 9991
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: COLLECT                QXC
Terms: NET 30 DAYS

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:    Account No: DM9991

CASUAL MALE
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | | | | | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|---|---|---|---|---|---|-------|-----------|-----------|
| | | | | | 11W | | 12W | 13W | | | |
| SOCK TMBL | BLK | SOCK | | | 12 | | 24 | 48 | 84 | 22.00 | 1,848.00 |
| | | | 14W | 15W | 16W | | | | | | |
| SOCK TMBL | BLK | SOCK | 48 | 36 | 12 | | | | 96 | 22.00 | 2,112.00 |

FO 13311

TOTAL UNITS:    180
TOTAL CARTONS:    15
SUB TOTAL:    3,960.00

SHIPPING & HANDLING:    0.00

TOTAL:    3,960.00

PLEASE REMIT BY: 05/12/2007

# DEER STAGS®

Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | |
|---|---|
| **INVOICE** | NO.: 628563 |
| | DATE: 04/13/2007 |
| | PAGE: 1 OF 2 |

Order No: 612698
P.O. No: 86519
Dept B72,73
Store No: 9994
Ship Via: OLD DOMINION      Service Rep: 520      Sales Person: 200
Freight Terms: COLLECT                      QXC
Terms: NET 30 DAYS

SOLD TO:      Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:      Account No: DM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | | | | | | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 12M | 13M | | | | |
| WINNER TMBL | BLK | WINNER | | | | 4 | 2 | | 6 | 26.50 | 159.00 |
| | | | 14M | 15M | 16M | | | | | | |
| WINNER TMBL | BLK | WINNER | 9 | 11 | 8 | | | | 28 | 26.50 | 742.00 |
| | | | 10W | | | | | | | | |
| WINNER TMBL | BLK | WINNER | 3 | | | | | | 3 | 26.50 | 79.50 |
| WINNER TMBL | BLK | WINNER | | | | 11W | | | 35 | 26.50 | 927.50 |
| WINNER | | BLACK | | | | 35 | | | | | |
| WINNER TMBL | BLK | WINNER | | | | 12W | | | 47 | 26.50 | 1,245.50 |
| WINNER | | BLACK | | | | 47 | | | | | |
| WINNER TMBL | BLK | WINNER | | | | | 13W | | 37 | 26.50 | 980.50 |
| WINNER | | BLACK | | | | | 37 | | | | |
| WINNER TMBL | BLK | WINNER | 14W | | | | | | 26 | 26.50 | 689.00 |
| WINNER | | BLACK | 26 | | | | | | | | |
| WINNER TMBL | BLK | WINNER | | 15W | | | | | 47 | 26.50 | 1,245.50 |
| WINNER | | BLACK | | 47 | | | | | | | |
| WINNER TMBL | BLK | WINNER | | | 16W | | | | 31 | 26.50 | 821.50 |
| WINNER | | BLACK | | | 31 | | | | | | |
| WINNER TMBL | BRN | WINNER | | | | 12M | 13M | | 7 | 26.50 | 185.50 |
| | | | | | | 4 | 3 | | | | |
| WINNER TMBL | BRN | WINNER | 14M | 15M | 16M | | | | 33 | 26.50 | 874.50 |
| | | | 9 | 15 | 9 | | | | | | |

# DEER ⭐ STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | | |
|---|---|---|
| **INVOICE** | NO.: | 628563 |
| | DATE: | 04/13/2007 |
| | PAGE: | 2 OF 2 |

Order No: 612698
P.O. No: 86519
Dept: B72,73
Store No: 9994
Ship Via: OLD DOMINION      Service Rep: 520      Sales Person: 200
Freight Terms: COLLECT                QXC
Terms: NET 30 DAYS

**SOLD TO:**      Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**      Account No: DM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY   P.O. BOX 360286   PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| WINNER TMBL | BRN | WINNER | 10W 4 | 4 | 26.50 | 106.00 |
| WINNER TMBL WINNER | BRN | WINNER BROWN | 11W 30 | 30 | 26.50 | 795.00 |
| WINNER TMBL WINNER | BRN | WINNER BROWN | 12W 15 | 15 | 26.50 | 397.50 |
| WINNER TMBL WINNER | BRN | WINNER BROWN | 13W 5 | 5 | 26.50 | 132.50 |
| WINNER TMBL WINNER | BRN | WINNER BROWN | 14W 25 | 25 | 26.50 | 662.50 |
| WINNER TMBL WINNER | BRN | WINNER BROWN | 15W 16 | 16 | 26.50 | 424.00 |
| WINNER TMBL WINNER | BRN | WINNER BROWN | 16W 23 | 23 | 26.50 | 609.50 |

FO 13387

TOTAL UNITS:   418
TOTAL CARTONS:   36
SUB TOTAL:   11,077.00

SHIPPING & HANDLING:   0.00

TOTAL:   11,077.00

PLEASE REMIT BY: 05/13/2007

# DEER ☆ STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | | |
|---|---|---|
| **INVOICE** | NO.: | 632524 |
| | DATE: | 04/24/2007 |
| | PAGE: | 1 OF 1 |

Order No: 708826
P.O. No: 87409
Dept: B72,73
Store No: 9994
Ship Via: CASUAL MALE'S TRUCKER    Buyer Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    QXC
Terms: NET 30 DAYS

**SOLD TO:**    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**    Account No: CM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 14W | 15W | 16W | 11W | 12W | 13W | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EXPRSS SMTH | BLK | EXPRESS | | | | 22 | 26 | 22 | 70 | 17.00 | 1,190.00 |
| EXPRSS SMTH | BLK | EXPRESS | 37 | 35 | 37 | | | | 109 | 17.00 | 1,853.00 |
| EXPRSS SMTH | DTAN | EXPRESS | | | | 26 | 31 | 28 | 85 | 17.00 | 1,445.00 |
| EXPRSS SMTH | DTAN | EXPRESS | 45 | 43 | 46 | | | | 134 | 17.00 | 2,278.00 |

FO 13425

TOTAL UNITS:    398
TOTAL CARTONS:    33
SUB TOTAL:    6,766.00

SHIPPING & HANDLING:    0.00

TOTAL:    6,766.00

PLEASE REMIT BY: 05/24/2007

# DEER ✦ STAGS®
Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| INVOICE | NO.: 632525 |
|---|---|
| | DATE: 04/24/2007 |
| | PAGE: 1 OF 2 |

Order No: 708827
P.O. No: 86521
Dept: B72,73
Store No: 9994
Ship Via: CASUAL MALE'S TRUCKER   Sales Rep: 520   Sales Person: 200
Freight Terms: THIRD PARTY BILLING   QXC
Terms: NET 30 DAYS

SOLD TO:      Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:      Account No: CM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON, MA 02021

**REMIT PAYMENT TO: WELLS FARGO CENTURY   P.O. BOX 360286   PITTSBURGH, PA 15250-6286**

| STYLE | CLR | DESCRIPTION | | | | | | | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CABO SMTH | BLK | CABO | | | | 12M 9 | 13M 12 | | 21 | 15.00 | 315.00 |
| CABO SMTH | BLK | CABO | 14M 13 | 15M 15 | | | | | 28 | 15.00 | 420.00 |
| CABO SMTH | BLK | CABO | 10W 5 | | 11W 26 | 12W 25 | 13W 36 | | 92 | 15.00 | 1,380.00 |
| CABO SMTH | BLK | CABO | 14W 45 | 15W 28 | 16W 25 | | | | 98 | 15.00 | 1,470.00 |
| CABO SMTH | CGNC | CABO | | | | 12M 7 | 13M 12 | | 19 | 15.00 | 285.00 |
| CABO SMTH | CGNC | CABO | 14M 11 | 15M 13 | 16M 6 | | | | 30 | 15.00 | 450.00 |
| CABO SMTH | CGNC | CABO | 10W 13 | | | | | | 13 | 15.00 | 195.00 |
| CABO SMTH CABO | CGNC | CABO COGNAC | | | 11W 19 | | | | 19 | 15.00 | 285.00 |
| CABO SMTH CABO | CGNC | CABO COGNAC | | | | 12W 20 | | | 20 | 15.00 | 300.00 |
| CABO SMTH CABO | CGNC | CABO COGNAC | | | | | 13W 34 | | 34 | 15.00 | 510.00 |
| CABO SMTH CABO | CGNC | CABO COGNAC | 14W 27 | | | | | | 27 | 15.00 | 405.00 |
| CABO SMTH CABO | CGNC | CABO COGNAC | | 15W 32 | | | | | 32 | 15.00 | 480.00 |

# DEER ★ STAGS®
Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | INVOICE | . NO.: 632525<br>DATE: 04/24/2007<br>PAGE: 2 OF  2 |

Order No: 708827
P.O. No: 86521
Dept: B72,73
Store No: 9994
Ship Via: CASUAL MALE'S TRUCKER   Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING        QXC
Terms: NET 30 DAYS

SOLD TO:        Account No:  000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:        Account No:  CM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|---|-------|------------|-----------|
| | | | 16W | | | |
| CABO SMTH | CGNC | CABO | 26 | 26 | 15.00 | 390.00 |
| CABO | | COGNAC | | | | |

FO 13395

TOTAL UNITS:    459
TOTAL CARTONS:     41
SUB TOTAL:    6,885.00

SHIPPING & HANDLING:        0.00

TOTAL:    6,885.00

PLEASE REMIT BY: 05/24/2007

# DEER STAGS®

Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

NO.: 632528
DATE: 04/25/2007
PAGE: 1 OF 1

Order No: 586867
P.O. No: 237270
Dept: 17
Store No: 9990
Ship Via: ROADWAY
Freight Terms: COLLECT
Terms: NET 30 DAYS

Service Rep: 520    Sales Person: 200
QXC

**SOLD TO:**    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

**SHIP TO:**    Account No: CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|---|---|-------|------------|-----------|
| TIMES SMTH TIMES | BLK | TIMES BLACK | 11W 108 | | 108 | 24.00 | 2,592.00 |
| TIMES SMTH TIMES | BLK | TIMES BLACK | | 12W 192 | 192 | 24.00 | 4,608.00 |
| TIMES SMTH TIMES | BLK | TIMES BLACK | | 13W 288 | 288 | 24.00 | 6,912.00 |
| TIMES SMTH TIMES | BLK | TIMES BLACK | 14W 288 | | 288 | 24.00 | 6,912.00 |
| TIMES SMTH TIMES | BLK | TIMES BLACK | 15W 216 | | 216 | 24.00 | 5,184.00 |
| TIMES SMTH TIMES | BLK | TIMES BLACK | 16W 108 | | 108 | 24.00 | 2,592.00 |

TOTAL UNITS: 1200
TOTAL CARTONS: 100
SUB TOTAL: 28,800.00

SHIPPING & HANDLING: 0.00

TOTAL: 28,800.00

PLEASE REMIT BY: 05/25/2007

# DEER ☆ STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

NO.:  632529
DATE: 04/25/2007
PAGE:  1 OF   2

Order No: 612691
P.O. No: 86523
Dept B72,73
Store No: 9994
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    QXC
Terms: NET 30 DAYS

SOLD TO:    Account No:  000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:    Account No:  DM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | | | | | | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|--|--|--|--|--|--|--|-------|------------|-----------|
| TIMES SMTH | BLK | TIMES | | | | 12M 4 | 13M 6 | | | 10 | 26.00 | 260.00 |
| TIMES SMTH | BLK | TIMES | 14M 19 | 15M 23 | 16M 19 | | | | | 61 | 26.00 | 1,586.00 |
| TIMES SMTH | BLK | TIMES | 10W 10 | | | | | | | 10 | 26.00 | 260.00 |
| TIMES SMTH | BLK | TIMES | | | | | 11W 15 | | | 15 | 26.00 | 390.00 |
| TIMES | | BLACK | | | | | | | | | | |
| TIMES SMTH | BLK | TIMES | | | | 12W 15 | | | | 15 | 26.00 | 390.00 |
| TIMES | | BLACK | | | | | | | | | | |
| TIMES SMTH | BLK | TIMES | | | | | 13W 47 | | | 47 | 26.00 | 1,222.00 |
| TIMES | | BLACK | | | | | | | | | | |
| TIMES SMTH | BLK | TIMES | 14W 36 | | | | | | | 36 | 26.00 | 936.00 |
| TIMES | | BLACK | | | | | | | | | | |
| TIMES SMTH | BLK | TIMES | | 15W 42 | | | | | | 42 | 26.00 | 1,092.00 |
| TIMES | | BLACK | | | | | | | | | | |
| TIMES SMTH | BLK | TIMES | | | 16W 44 | | | | | 44 | 26.00 | 1,144.00 |
| TIMES | | BLACK | | | | | | | | | | |
| TIMES SMTH | BRN | TIMES | 14M 6 | 15M 13 | 16M 10 | | | | | 29 | 26.00 | 754.00 |
| TIMES SMTH | BRN | TIMES | 10W 4 | | | | | | | 4 | 26.00 | 104.00 |

# DEER STAGS®
### Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

NO.: 632529
DATE: 04/25/2007
PAGE: 2 OF 2

Order No: 612691
P.O. No: 86523
Dept: B72,73
Store No: 9994
Ship Via: OLD DOMINION    Service Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    QXC
Terms: NET 30 DAYS

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:    Account No: DM9994

THINK BIG DIRECT
555 TURNPIKE ST
CANTON MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|----|-------|-----------|-----------|
| TIMES SMTH TIMES | BRN | TIMES BROWN | 12W 13 | 13 | 26.00 | 338.00 |
| TIMES SMTH TIMES | BRN | TIMES BROWN | 13W 37 | 37 | 26.00 | 962.00 |
| TIMES SMTH TIMES | BRN | TIMES BROWN | 14W 19 | 19 | 26.00 | 494.00 |
| TIMES SMTH TIMES | BRN | TIMES BROWN | 15W 25 | 25 | 26.00 | 650.00 |
| TIMES SMTH TIMES | BRN | TIMES BROWN | 16W 17 | 17 | 26.00 | 442.00 |

PO 13390 & 13391

TOTAL UNITS:    424
TOTAL CARTONS:    37
SUB TOTAL:    11,024.00

SHIPPING & HANDLING:    0.00

TOTAL:    11,024.00

PLEASE REMIT BY: 05/25/2007

**DEER STAGS®**
Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

NO.:     632582
DATE: 04/25/2007
PAGE:   1 OF   1

Order No: 587208
P.O. No: 237719
Dept: 17
Store No: 9990
Ship Via: ROADWAY
Freight Terms: COLLECT
Terms: NET 30 DAYS

Service Rep: 520     Sales Person: 200
QXC

SOLD TO:          Account No:  000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:          Account No:  CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|------|-------|-----------|-----------|
| WINNER TMBL WINNER | BLK | WINNER BLACK | 11W 72 | 72 | 26.50 | 1,908.00 |
| WINNER TMBL WINNER | BLK | WINNER BLACK | 12W 132 | 132 | 26.50 | 3,498.00 |
| WINNER TMBL WINNER | BLK | WINNER BLACK | 13W 216 | 216 | 26.50 | 5,724.00 |
| WINNER TMBL WINNER | BLK | WINNER BLACK | 14W 216 | 216 | 26.50 | 5,724.00 |
| WINNER TMBL WINNER | BLK | WINNER BLACK | 15W 180 | 180 | 26.50 | 4,770.00 |
| WINNER TMBL WINNER | BLK | WINNER BLACK | 16W 84 | 84 | 26.50 | 2,226.00 |

FO 13222

TOTAL UNITS:     900
TOTAL CARTONS:    75
SUB TOTAL:  23,850.00

SHIPPING & HANDLING:      0.00

TOTAL:  23,850.00

PLEASE REMIT BY: 05/25/2007

# DEER ✦ STAGS ®

Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

NO.: 632913
DATE: 04/26/2007
PAGE: 1 OF 1

Order No: 596125
P.O. No: 240092
Dept: 17
Store No: 9990
Ship Via: CASUAL MALE'S TRUCKER    Buyer Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    QXC
Terms: NET 30 DAYS

SOLD TO:       Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:       Account No: CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | | | | | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|---|---|---|---|---|---|-------|-----------|-----------|
| | | | | | | 11W | 12W | 13W | | | |
| EXPRSS SMTH | DTAN | EXPRESS | | | | 72 | 96 | 168 | 336 | 17.00 | 5,712.00 |
| | | | 14W | 15W | 16W | | | | | | |
| EXPRSS SMTH | DTAN | EXPRESS | 192 | 180 | 96 | | | | 468 | 17.00 | 7,956.00 |

FO 13251

TOTAL UNITS: 804
TOTAL CARTONS: 67
SUB TOTAL: 13,668.00

SHIPPING & HANDLING: 0.00

TOTAL: 13,668.00

PLEASE REMIT BY: 05/26/2007

# DEER ★ STAGS®
Deer Stags, Inc.
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

**INVOICE**

NO.: 632914
DATE: 04/26/2007
PAGE: 1 OF 1

Order No: 587198
P.O. No: 237279
Dept: 17
Store No: 9990
Ship Via: CASUAL MALE'S TRUCKER    Sales Rep: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    QXC
Terms: NET 30 DAYS

SOLD TO:    Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:    Account No: CM9990

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | | TOTAL | UNIT PRICE | EXT PRICE |
|-------|-----|-------------|--|-------|-----------|-----------|
| CABO SMTH CABO | CGNC COGNAC | CABO | 11W 84 | 84 | 16.00 | 1,344.00 |
| CABO SMTH CABO | CGNC COGNAC | CABO | 12W 156 | 156 | 16.00 | 2,496.00 |
| CABO SMTH CABO | CGNC COGNAC | CABO | 13W 240 | 240 | 16.00 | 3,840.00 |
| CABO SMTH CABO | CGNC COGNAC | CABO | 14W 252 | 252 | 16.00 | 4,032.00 |
| CABO SMTH CABO | CGNC COGNAC | CABO | 15W 192 | 192 | 16.00 | 3,072.00 |
| CABO SMTH CABO | CGNC COGNAC | CABO | 16W 84 | 84 | 16.00 | 1,344.00 |

FO 13216

TOTAL UNITS:    1008
TOTAL CARTONS:    84
SUB TOTAL:    16,128.00

SHIPPING & HANDLING:    0.00

TOTAL:    16,128.00

PLEASE REMIT BY: 05/26/2007

# DEER ✦ STAGS®

**Deer Stags, Inc.**
1414 Avenue of the Americas
New York, NY 10019
Phone: (800) 245-3337
(212) 888-2424
Fax: (212) 980-5619

| | |
|---|---|
| **INVOICE** | NO.: 632915<br>DATE: 04/26/2007<br>PAGE: 1 OF 1 |

Order No: 626665
P.O. No: 248507
Dept: 17
Store No: 9991
Ship Via: DEFAULT TO ROUTING GUIDE
Service Type: 520    Sales Person: 200
Freight Terms: THIRD PARTY BILLING    QXC
Terms: NET 30 DAYS

SOLD TO:        Account No: 000890

DESIGNS APPAREL INC.
555 TURNPIKE ST
CANTON MA 02021

SHIP TO:        Account No: CM9991

CASUAL MALE
555 TURNPIKE ST
CANTON, MA 02021

REMIT PAYMENT TO: WELLS FARGO CENTURY  P.O. BOX 360286  PITTSBURGH, PA 15250-6286

| STYLE | CLR | DESCRIPTION | 11W | 12W | 13W | 14W | 15W | 16W | TOTAL | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SANTO SMTH | DTAN | SANTO | 12 | 24 | 36 | | | | 72 | 13.50 | 972.00 |
| SANTO SMTH | DTAN | SANTO | | | | 36 | 48 | 24 | 108 | 13.50 | 1,458.00 |

PO 13399

TOTAL UNITS: 180
TOTAL CARTONS: 15
SUB TOTAL: 2,430.00

SHIPPING & HANDLING: 0.00

TOTAL: 2,430.00

PLEASE REMIT BY: 05/26/2007