UNITED STATES DISTRICT COURT '08 CIV 3786
SOUTHERN DISTRICT OF NEW YORK

DEER STAGS, INC.

Plaintiff,

Case No._____

-v-

**Rule 7.1 Statement**

CASUAL MALE RETAIL GROUP, INC., et al

Defendant.

RECEIVED APR 22 2008 S.D.C.S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

DEER STAGS, INC.  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 4/21/08

Signature of Attorney

Attorney Bar Code: PG 4210

Form Rule7_1.pdf  SDNY Web 10/2007