JUDGE KAPLAN

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DEER STAGS, INC.

V.

CASUAL MALE RETAIL GROUP, INC., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 3786

TO: (Name and address of Defendant)

CASUAL MALE RETAIL GROUP, INC.
555 TURNPIKE STREET
CANTON, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HARTMAN & CRAVEN LLP
488 MADISON AVENUE
NEW YORK, NEW YORK 10022
ATTN: PETER G. GOODMAN

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

APR 22 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/23/08 |
|---|---|
| NAME OF SERVER (PRINT) HAROLD L. MARCH | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Casual Male 555 Turnpike St Canton accepted by Robert Molloy - VP Gen. Counsel

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/23/08
Date

[signature]
*Signature of Server*

P.O Box 1 Randolph, MA 02368
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action JUDGE KAPLAN

# UNITED STATES DISTRICT COURT

Southern District of New York

DEER STAGS, INC.

V.

CASUAL MALE RETAIL GROUP, INC., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: '08 CIV 3786

TO: (Name and address of Defendant)

CMRG APPAREL, LLC, f/k/a DESIGNS APPAREL, INC.
555 TURNPIKE STREET
CANTON, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HARTMAN & CRAVEN LLP
488 MADISON AVENUE
NEW YORK, NEW YORK 10022
ATTN: PETER G. GOODMAN

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

APR 22 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/23/08 |
|---|---|
| NAME OF SERVER *(PRINT)* HAROLD L MARSH | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Caval Mole 555 Turnpike St Canton accepted by Robert Molloy - VP Gen Counsel

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/23/08
Date

[signature]
*Signature of Server*

P.O Box 1 Randolph, MA 02368
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action JUDGE KAPLAN

# UNITED STATES DISTRICT COURT

Southern District of New York

DEER STAGS, INC.

V.

CASUAL MALE RETAIL GROUP, INC., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: '08 CIV 3786

TO: (Name and address of Defendant)

DESIGNS APPAREL, INC.
555 TURNPIKE STREET
CANTON, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HARTMAN & CRAVEN LLP
488 MADISON AVENUE
NEW YORK, NEW YORK 10022
ATTN: PETER G. GOODMAN

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

APR 22 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/23/08 |
|---|---|
| NAME OF SERVER (PRINT) HAROLD L. MARCH | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Casual Male – 555 Turnpike St Canton accepted by Robert Molloy – VP Gen Counsel

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/23/08
Date

[signature]
*Signature of Server*

P.O Box 1 Randolph, MA 02368
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DEER STAGS, INC.

V.

CASUAL MALE RETAIL GROUP, INC., et al

**SUMMONS IN A CIVIL ACTION**

'08 CIV 3786

CASE NUMBER:

TO: (Name and address of Defendant)

CASUAL MALE RBT, LLC
555 TURNPIKE STREET
CANTON, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HARTMAN & CRAVEN LLP
488 MADISON AVENUE
NEW YORK, NEW YORK 10022
ATTN: PETER G. GOODMAN

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

APR 22 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/23/08 |
|---|---|
| NAME OF SERVER *(PRINT)* HAROLD L. MARCH | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Casual Male - 555 Turnpike St Canton accepted by Robert Molloy - VP Gen Counsel

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/23/08 [signature]
Date — *Signature of Server*

P.O Box 1 Randolph, MA 02368
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DEER STAGS, INC.

V.

CASUAL MALE RETAIL GROUP, INC., et al

**SUMMONS IN A CIVIL ACTION**

'08 CIV 3786

CASE NUMBER:

TO: (Name and address of Defendant)

CASUAL MALE RBT (U.K.), LLC
555 TURNPIKE STREET
CANTON, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HARTMAN & CRAVEN LLP
488 MADISON AVENUE
NEW YORK, NEW YORK 10022
ATTN: PETER G. GOODMAN

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE APR 22 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/23/08 |
|---|---|
| NAME OF SERVER (PRINT) Harold L. March | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Carvel Mall - 555 Turnpike St Canton accepted by Robert Molloy - VP Gen Counsel

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/23/08
Date

[signature]
*Signature of Server*

P.O. Box 1 Randolph, MA 02368
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JUDGE KAPLAN

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DEER STAGS, INC.

V.

CASUAL MALE RETAIL GROUP, INC., et al

**SUMMONS IN A CIVIL ACTION**

08 CIV 3786

CASE NUMBER:

TO: (Name and address of Defendant)

CASUAL MALE CANADA INC.
555 TURNPIKE STREET
CANTON, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HARTMAN & CRAVEN LLP
488 MADISON AVENUE
NEW YORK, NEW YORK 10022
ATTN: PETER G. GOODMAN

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

APR 22 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/23/08 |
|---|---|
| NAME OF SERVER *(PRINT)* HAROLD L. MARCH | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Casual Male - 555 Turnpike St Canton accepted by Robert Molloy - VP Gen Counsel

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/23/08
Date

[signature]
*Signature of Server*

P.O Box 1 Randolph, MA 02368
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE KAPLAN

# UNITED STATES DISTRICT COURT

Southern District of New York

DEER STAGS, INC.

V.

CASUAL MALE RETAIL GROUP, INC., et al

**SUMMONS IN A CIVIL ACTION**

'08 CIV 3786

CASE NUMBER:

TO: (Name and address of Defendant)

CASUAL MALE STORE, LLC
555 TURNPIKE STREET
CANTON, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HARTMAN & CRAVEN LLP
488 MADISON AVENUE
NEW YORK, NEW YORK 10022
ATTN: PETER G. GOODMAN

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE APR 22 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/23/08 |
|---|---|
| NAME OF SERVER *(PRINT)* HAROLD L. MARCH | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Casual Male - 555 Turnpike St Canton accepted by Robert Molloy - VP Gen. Counsel

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/23/08
Date

[signature]
*Signature of Server*

P.O Box 1 Randolph MA 02368
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE KAPLAN

# UNITED STATES DISTRICT COURT

Southern District of New York

DEER STAGS, INC.

V.

CASUAL MALE RETAIL GROUP, INC., et al

**SUMMONS IN A CIVIL ACTION**

'08 CIV 3786

CASE NUMBER:

TO: (Name and address of Defendant)

CASUAL MALE RETAIL STORE, LLC
555 TURNPIKE STREET
CANTON, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HARTMAN & CRAVEN LLP
488 MADISON AVENUE
NEW YORK, NEW YORK 10022
ATTN: PETER G. GOODMAN

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

APR 22 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/23/08 |
|---|---|
| NAME OF SERVER *(PRINT)* HAROLD L. MARCH | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Casual Male 555 Turnpike St Canton accepted by Robert Molloy - VP Gen Counsel

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/23/08
Date

[signature]
*Signature of Server*

P.O. Box 1 Randolph MA 02368
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE KAPLAN

# UNITED STATES DISTRICT COURT

Southern District of New York

DEER STAGS, INC.

V.

CASUAL MALE RETAIL GROUP, INC., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CIV 3786

TO: (Name and address of Defendant)

CASUAL MALE DIRECT, LLC
555 TURNPIKE STREET
CANTON, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HARTMAN & CRAVEN LLP
488 MADISON AVENUE
NEW YORK, NEW YORK 10022
ATTN: PETER G. GOODMAN

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

APR 22 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/23/08 |
|---|---|
| NAME OF SERVER *(PRINT)* HAROLD L. MANIN | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Carvel Mole 555 Turnpike St Canton accepted by Robert Milloy SVP Gen Counsel

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/23/08
Date

[signature]
*Signature of Server*

P.O Box 1 Randolph, MA 02368
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.