*Kaplan*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DEER STAGS, INC.,

              Plaintiff,

-against-

CASUAL MALE RETAIL GROUP, INC.,
CMRG APPAREL, LLC, f/k/a DESIGNS
APPAREL, INC.,
DESIGNS APPAREL, INC.,
CASUAL MALE RBT, LLC,
CAUSAL MALE RBT (U.K.), LLC,
CASUAL MALE CANADA INC.,
CASUAL MALE STORE, LLC,
CASUAL MALE RETAIL STORE, LLC and
CASUAL MALE DIRECT, LLC,

              Defendants.
-----------------------------------------------------------x

08 CIV 3786 (LAK)(MHD)


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

*STIPULATION*


RECEIVED
MAY 16 2008
JUDGE KAPLAN'S CHAMBERS

*IT IS HEREBY STIPULATED AND AGREED*, by and between the undersigned counsel for the parties herein, that the time for all defendants to respond to the Amended Complaint in this matter shall be adjourned to June 10, 2008.

Dated:   New York, New York
          May 13, 2008

                          **HARTMAN & CRAVEN** LLP
                          By: _____
                              Peter G. Goodman (PG 4210)

                          488 Madison Avenue, 16th Floor
                          New York, New York 10022
                          (212) 753-7500

                          *Attorneys for Plaintiff*

TRACHTENBERG RODES & FRIEDBERG LLP

By: _____
Barry J. Friedberg (BF 7337)

545 Fifth Avenue
New York, New York 10017
(212) 972-2929

*Attorneys for Defendants*

SO ORDERED:
_____
U.S.D.J.

5/16/08

2

## TRACHTENBERG RODES & FRIEDBERG LLP
ATTORNEYS AT LAW
545 FIFTH AVENUE
NEW YORK, NEW YORK 10017

DAVID G. TRACHTENBERG
LEONARD A. RODES
BARRY J. FRIEDBERG

TELEPHONE (212) 972-2929
TELECOPIER (212) 972-7581
www.trflaw.com

**BY HAND**

May 14, 2008

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

    *Re:* *Deer Stags, Inc. v. Casual Male Retail Group, Inc., et al.*
      *08 Civ. 3786 (LAK)(MHD)*

Dear Judge Kaplan:

  This firm represents all defendants in this matter. Plaintiff's counsel has kindly agreed to extend the time for defendants to respond to the Amended Complaint as set forth in the enclosed Stipulation. This is the first request for an extension of time. On behalf of all counsel, I respectfully request that Your Honor so order the Stipulation and have it docketed accordingly.

           Respectfully submitted,

           Barry J. Friedberg

cc: Peter G. Goodman, Counsel for Plaintiff *(by E-Mail)*