UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEER STAGS, INC.,

                    Plaintiff,

      -against-

CASUAL MALE RETAIL GROUP, INC.,
CMRG APPAREL, LLC, f/k/a DESIGNS
APPAREL, INC.,
DESIGNS APPAREL, INC.,
CASUAL MALE RBT, LLC,
CAUSAL MALE RBT (U.K.), LLC,
CASUAL MALE CANADA INC.,
CASUAL MALE STORE, LLC,
CASUAL MALE RETAIL STORE, LLC and
CASUAL MALE DIRECT, LLC,

                    Defendants.
------------------------------------------------------------x

*08 CIV 3786*

***LOCAL RULE 7.1
STATEMENT***

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants Casual Male Retail Group, Inc., CMRG Apparel, LLC, Designs Apparel, Inc., Casual Male RBT, LLC, Casual Male RBT (U.K.), LLC, Casual Male Canada Inc., Casual Male Store, LLC, Casual Mail Retail Store, LLC and Casual Male Direct, LLC (all non-governmental parties) hereby certifies that the only publicly held corporate parents, affiliates and/or subsidiaries of any of the defendants are as follows:

Casual Mail Retail Group, Inc.

Dated:  New York, New York
           June 10, 2008

**TRACHTENBERG RODES & FRIEDBERG LLP**

By: _____
      Barry J. Friedberg (BF 7337)

545 Fifth Avenue
New York, New York 10017
(212) 972-2929

*Attorneys for Defendants*