/Kaplan, J/

Peter G. Goodman (PG 4210)
488 Madison Avenue, 16th Floor
New York, New York 10022
(212) 753-7500
pgoodman@hartmancraven.com

Attorneys for Plaintiff

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DEER STAGS, INC.,

    Plaintiff,

  -against-

CASUAL MALE RETAIL GROUP, INC.,
CMRG APPAREL, LLC, f/k/a DESIGNS
APPAREL, INC.,
DESIGNS APPAREL, INC.,
CASUAL MALE RBT, LLC,
CASUAL MALE RBT (U.K.), LLC
CASUAL MALE CANADA INC.,
CASUAL MALE STORE, LLC,
CASUAL MALE RETAIL STORE, LLC and
CASUAL MALE DIRECT, LLC,

    Defendants.
-----------------------------------------------------------X

08 CIV 3786(LAK)(MHD)

STIPULATION

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that the time for plaintiff, Deer Stags, Inc., to file its Reply and Affirmative Defenses to the "Setoffs/Counterclaims" of defendants, Designs Apparel, Inc. and CMRG Apparel, LLC, is hereby extended from June 30, 2008, to July 10, 2008.

  IT IS FURTHER STIPULATED AND AGREED that facsimile signatures shall be deemed original for all purposes.

Dated: New York, New York
       June 27, 2008

**HARTMAN & CRAVEN LLP**
*Attorneys for Plaintiff*

By: _____
    Peter G. Goodman, Esq. (PG 4210)
488 Madison Avenue
New York, New York 10022
(212) 753-7500

**TRACHTENBERG RODES & FRIEDBERG LLP**
*Attorneys for Defendants*

By: _____
    Barry J. Friedberg (BF 7337)
545 Fifth Avenue
New York, New York 10017
(212) 972-2929

SO ORDERED: 6/30/08

_____
U.S.D.J.
Sidney H. Stein
Part I