HARTMAN & CRAVEN LLP
Dana V. Syracuse (DS-5715)
488 Madison Avenue, 16th Floor
New York, New York 10022
(212) 754-6947
dsyracuse@hartmancraven.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DEER STAGS, INC.,

        Plaintiff,

    -against-

CASUAL MALE RETAIL GROUP, INC., CMRG
APPAREL, LLC, f/k/a DESIGNS APPAREL, INC.,
DESIGNS APPAREL, INC., CASUAL MALE
RBT, LLC, CASUAL MALE RBT (U.K.), LLC
CASUAL MALE CANADA INC., CASUAL
MALE STORE, LLC, CASUAL MALE RETAIL
STORE, LLC and CASUAL MALE DIRECT, LLC,

        Defendants.
-----------------------------------------------------------------X

Case No. 08 CV 3786 (LAK)
                (MHD)

**CERTIFICATE OF SERVICE**

**I, DANA V. SYRACUSE, HEREBY CERTIFY** that:

    1.    I am an associate of the law firm of Hartman & Craven LLP, attorneys for the Plaintiff, Deer Stags, Inc.

    2.    On July 10, 2008, I caused a copy of the **REPLY AND AFFIRMATIVE DEFENSES** to be served upon the following party by U.S. Mail:

    TRACHTENBERG RODES & FRIEDBERG LLP
    545 Fifth Avenue
    New York, New York 10017
    Attn: Barry J. Friedberg
    Attorneys for Defendants

by depositing said document enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2008

HARTMAN & CRAVEN LLP

By: _____
Dana V. Syracuse (DS-5715)
488 Madison Avenue, 16th Floor
New York, New York 10022
(212) 753-7500
Attorneys for Plaintiff